# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 MAR 18 PM 4:05
MARGARET BOTKINS, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **CODY DONOVAN SMITH,** <br><br> Defendant. | No. 20 CR 45 F <br><br> Ct 1: 18 U.S.C. § 1201(a)(1) <br> (Kidnapping) <br><br> Ct 2: 18 U.S.C. § 2244(a)(1) <br> (Abusive Sexual Contact) <br><br> **FILED UNDER SEAL** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about September 7, 2019, through and including September 8, 2019, in the District of Wyoming and elsewhere, the Defendant, **CODY DONOVAN SMITH**, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold the victim for the purpose of engaging in sexual contact with her, and, in committing, and in furtherance of the commission of this offense, did willfully transport the victim in interstate commerce from Idaho to Wyoming.

In violation of 18 U.S.C. § 1201(a)(1).

### COUNT TWO

From on or about September 7, 2019, through and including September 8, 2019, in the District of Wyoming and within the boundaries of Yellowstone National Park, an area within the special and maritime territorial jurisdiction of the United States, the Defendant, **CODY DONOVAN SMITH**, did knowingly engage in and cause sexual contact as defined in 18 U.S.C. § 2246(3), namely intentional touching, directly and through the clothing, of the genitalia, anus,

groin, breast, inner thigh, and buttocks of the victim with the intent to abuse, humiliate, harass, degrade, and to arouse and gratify the sexual desire of any person by using force against the victim or attempted to do so.

In violation of 18 U.S.C. § 2244(a)(1).

A TRUE BILL:

_Ink Signature on File_
FOREPERSON

*[signature: Mark Klaassen]*

MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** CODY DONOVAN SMITH

**DATE:** January 21, 2020

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

Ct: 1 18 U.S.C. § 1201(a)(1)
(Kidnapping)

0 Years - Life Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

Ct: 2 18 U.S.C. §§ 2244(a)(1)
(Abusive Sexual Contact)

0-10 Years Imprisonment
Up To $250,000 Fine
1-5 Years Supervised Release
$100 Special Assessment

**TOTALS:**
0 Years - Life Imprisonment
Up To $500,000 Fine
5 Years to Life Supervised Release
$200 Special Assessment

**AGENT:** Jacob Olson, NPS

**AUSA:** Christyne M. Martens, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No