# Exhibit 1

# (Mother's Mortgage Doc.)


**Bank of America**

PO Box 31785
Tampa, FL 33631-3785

**Customer service information**

 Customer service: 800.669.6607

TDD/TTY users only: 800.300.6407

En Español: 800.295.0025

Property insurance inquiries: 866.265.3321

bankofamerica.com

TAMMY L SMITH

NAPLES FL 34120-6324

| Account number | |
|---|---|
| Payment due date | 05/01/20 |
| **Total amount due** | **$1,226.91** |

If payment is received after 05/18/20, $61.34 late fee will be charged.*

## Your Home Loan Account

Statement date: April 1, 2020

Get real, practical knowledge with Better Money Habits®
Build your financial know-how with free tools and information to help you make more confident decisions on topics like budgeting, reducing debt and improving credit. Learn more at BetterMoneyHabits.com.

## Account information

| | |
|---|---|
| Property address | |
| Loan type | |
| Contractual remaining term | 28 Years, 08 Months |
| Principal balance | $230,119.36 |
| Interest rate | 4.750% |
| Prepayment penalty | No |

## Past payments breakdown

| | Paid since last statement | Paid year to date* |
|---|---|---|
| Principal | $314.77 | $1,324.42 |
| Interest | $912.14 | $3,656.31 |
| Fees, charges, and advances | $0.00 | $0.00 |
| **Total** | **$1,226.91** | **$4,980.73** |

## Explanation of total amount due

| | |
|---|---|
| Principal | $316.02 |
| Interest | $910.89 |
| **Regular monthly payment** | **$1,226.91** |
| Current period fees and charges | $0.00 |
| **Total amount due** | **$1,226.91** |

*Please see the "Other important information" section of the statement.



| TAMMY L SMITH | | Acct ending in ▮▮▮▮ | | April 1, 2020 | Page 2 of 4 |
|---|---|---|---|---|---|

## Transaction activity (03/03/20 to 04/01/20)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/30/20 | Payment Posted - Thank you | | $1,226.91 |

## Additional contact information

**Housing counselor information:**  If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800.569.4287.

| General Inquiries | To mail a payment | Overnight mail | Property insurance inquiries | Property claim inquiries |
|---|---|---|---|---|
| PO Box 31785<br>Tampa, FL 33631-3785 | PO Box 650070<br>Dallas, TX 75265-0070 | Retail Payment Services,<br>TX1-160-06-01<br>Dallas InfoMart, STE 6020<br>1950 N Stemmons FWY<br>Dallas, TX 75207-3134 | Insurance Dept.<br>PO Box 961291<br>Fort Worth, TX 76161-0291<br>Phone: 866.265.3321<br>Fax: 800.293.8158<br>ihaveinsurance.com/bankofamerica | Bank of America, N.A.<br>Attention: Property Claims Dept.<br>CA6-921-02-36<br>450 American St<br>Simi Valley, CA 93065-6285<br>Phone: 800.669.6076 |
| | Payments can also be made by phone, online, or at any Bank of America financial center. | Accepts overnight mail only. In-person payments are not accepted at this address. | | |

Notice of Error, Requests for Information and Qualified Written Requests (as defined in RESPA) must be sent to:    PO Box 942019, Simi Valley, CA 93094-2019. You have certain rights under federal law to resolve errors and request information related to your account. For more information about these rights, you can go to bankofamerica.com or contact us.

## Payment processing information

 **The following payment options are available to you:**

- **PayPlan** – With PayPlan, you can have your mortgage payments automatically drafted from your checking or savings account. If paying from a non-Bank of America account, there may be a fee up to $4 per transaction. Call us at  866.767.4131 for more details or to enroll.

- **Online Banking and Mobile Payments** – With these options, you can make your monthly mortgage payment at any time. Visit us online at bankofamerica.com for more details.

- **Mortgage Pay on the Web (MPW)** – This service allows you to make your monthly mortgage payment through Online Banking. With MPW, there is no fee when paying from a Bank of America checking or savings account. If paying from a non-Bank of America account, there is no fee as long as you pay during the first half of your grace period; however, a $6 fee will be charged if you pay during the second half of your grace period.

- **Pay By Phone** – This service allows you to pay your monthly mortgage payments by phone either through our automated service or through a customer service representative.

**Crediting of Payments -** We credit mailed payments as of the date received, if the payment is: (1) paid with a check payable to Bank of America, N.A., and drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order that includes your loan number on the check or money order; (2) sent with the payment coupon; and (3) received at the payment address on the payment coupon or another acceptable payment address designated on this statement by 5 p.m., Monday through Friday, excluding federal holidays, in the time zone of the payment address. Payments received through means other than mail, such as PayPlan, Online Banking and Pay By Phone, will be credited to your account in accordance with the terms and conditions of those services. Payments that fail to meet applicable requirements may result in crediting delays or may be returned. If your loan is in default, bankruptcy or foreclosure, this may impact our ability to credit your payments. In addition, one or more payment services may be unavailable and you may be required to pay with certified funds or other forms of payment.

**Payments Made by Check -** We process most payment checks electronically by using information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). We will not return your check to you. If your check does not clear upon initial presentment, we may attempt to withdraw funds from your account electronically one or more times. Postdated checks will be processed on the date received, unless we agree to honor the date written on the check as a condition of a repayment plan.

**Application of Payments -** In general, payments will be applied as described in your loan documents (including any loan modifications), subject to applicable law and any other requirements, such as investor and insurer/guarantor requirements. Periodic payments received and accepted will first be applied to the longest outstanding periodic payment due. If your loan is not current and you submit additional amounts with a periodic payment, the additional amounts will be applied to your outstanding periodic payments until your periodic payments are paid current and then applied to fees or other amounts owed on your account before applying the remaining additional amounts as you instructed. If your loan is not current and the additional amounts you submit with a periodic payment are insufficient to bring your outstanding periodic payments current, then the remaining additional amounts will be posted to your unapplied funds account. If your loan is current and you submit additional amounts with your current periodic payment due, the additional amounts will be applied to fees or other amounts owed on your account before applying the remaining additional amounts as you instructed, or, if no instructions are provided, they will be applied to the principal balance of your loan.

Bank of America, N.A., Member FDIC. Equal Housing Lender ©2020 Bank of America Corporation.



**Bank of America** | **Your Home Loan Account**

TAMMY L SMITH    | Acct ending in ▇▇▇    | April 1, 2020    Page 3 of 4

**Paying Your Loan Ahead -** We allow you to prepay your periodic payments one month in advance. If you want to prepay more than one periodic payment, please contact us. Without written instructions from you, any attempt to prepay more than one periodic payment on your loan will result in your payments being applied to the principal balance of your loan.

**Partial payment policy -** A partial payment is a payment that is less than your periodic payment amount due. Depending on a number of factors including the requirements of your loan documents, applicable law and the delinquency status of your loan, a partial payment may be (1) returned to you, (2) applied to your loan, or (3) accepted but held in a non-interest-bearing unapplied funds account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If your periodic payments are paid current and you submit a partial payment, the partial payment will be applied as you instructed, and, if not instructed, it will be applied first to fees or other amounts owed on your account and the remainder will be applied to the principal balance of your loan. If, for any reason, we're unable to apply a partial payment to your loan as you instructed, we may return the payment. If your loan is not current and your loan documents permit us to hold a partial payment in a non-interest-bearing account, we'll do so until you send us additional funds to equal a periodic payment. If your loan is in default and declared due and payable or your loan is in foreclosure, we may be unable to apply a partial payment to your loan and may hold it in a non-interest-bearing unapplied funds account or return it.

**Interest calculation -** For all full-month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, regardless of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365-day year.

## Other important information

**Fees associated with special services and loan payoff** – The following fees are the maximum fees that may apply if certain special services are requested regarding the mortgage or home equity loan.
• Payoff Statement via Facsimile Fee (FHA only) (faxing a payoff statement) $5.00*
• Expedited Payoff Service Fee/Payoff Demand Fee (expediting a payoff statement/demand) $5.00*

*There is no charge for mailing the payoff statement/demand by regular U.S. mail.

If the loan is paid off or refinanced, there may be a fee of up to $100 for the preparation of the documents to release the lien (this is sometimes called a reconveyance fee). There may also be a fee to record this release document (in the amount of the actual fee charged by the county recorder, normally not more than $125). In addition, if there is a home equity line of credit or home equity loan that is subject to an annual maintenance fee, a termination fee or an early closure fee, this may be charged an annual fee, a termination fee or an early closure fee as described in the Agreement or Note.

If information or a service not listed above is requested during the routine servicing of the home loan, we will inform of any applicable fee prior to processing the request.

Please also be aware that, in the event a monthly payment remitted is returned by the financial institution, a Returned Item fee of up to $40.00 will automatically be applied to the loan account. A late charge may be assessed if the mortgage payment is not received by the deadline and are unable to make the payment within the grace period. The amount of the late charge will not be greater than what is permitted by applicable state legal restrictions or as described in the Agreement or Note.

BANK OF AMERICA, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

TAMMY L SMITH
Property address:

| | |
|---|---|
| **Amount due on 05/01/20** | **$1,226.91** |
| Late fee will be charged after 05/18/20* | $61.34 |

| | |
|---|---|
| Additional principal | $ |
| Additional escrow | $ |
| **Total enclosed** | $ |

In addition, there may be fees for certain services related to the servicing of the loan. These fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

**Debt Collection Notice -** Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.

**Bankruptcy Notice -** If you are currently in a bankruptcy proceeding or have previously received a discharge of this debt under bankruptcy law, this notice is being sent to you for informational purposes only and is not an attempt to collect a debt, a demand for payment, a request on an obligation or an attempt to impose personal liability upon you for a discharged debt.

**Additional help for homeowners in hardest hit states -** You may be eligible for mortgage assistance through a Hardest Hit Fund program. To learn more, please visit bankofamerica.com/HHF.

**Credit reporting notice -** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Late Fee -** The Late Fee shown on this statement may not be charged in limited circumstances, such as: changes to your account relating to loan modification trial plans, foreclosure, bankruptcy, natural disaster, and special forbearance on your loan, or due to applicable State or Federal law requirements.

**Paid year-to-date -** Balances in the "Past payments breakdown" section shouldn't be used for year-end tax reporting. Please use the information on IRS Form 1098, which will be provided during tax season, for reporting purposes. Balances for loans that have been service-transferred or have undergone modification may reflect activity that has occurred since the date of transfer or modification only.

**Payoff -** You can request a payoff quote by calling 800.669.5833. If a third party will be requesting a payoff quote on your behalf, you must authorize the third party to make the request. A fax fee may apply if you or a third party want the payoff quote faxed. If so, the amount of the fee will be disclosed at the time the expedited delivery is requested. If we receive payoff funds greater than the amount required to pay off your loan, we'll process and mail a refund of the overage to your mailing address on our loan servicing system within 20 business days of the payoff. You can update your mailing address on our loan servicing system by calling customer service or through Bank of America's Online Banking service available on our website at bankofamerica.com.

**Statement information -** The information contained in this statement is accurate as of the date of this statement but may not contain all information related to your loan. For the most up to date and complete information regarding your loan, please contact customer service.

## You can make your payment:

- By automatic draft payment using PayPlan
- Online at bankofamerica.com
- By phone - call 800.669.6607
- At any Bank of America financial center
- By mail using the enclosed envelope

**For checks or money orders**
- Make your check payable to Bank of America, N.A.
- Please write your loan number on the check or money order.
- Include this payment coupon with your check (do not staple your check to the coupon).
- Please do not send cash or include correspondence.
- Use blue or black ink.

Bank of America, N.A., Member FDIC. ⌂ Equal Housing Lender ©2020 Bank of America Corporation.

A B

# Exhibit 2

# (Flight Itinerary for flight from Florida to Wyoming District Court.)

 Gmail

Guillermo Lara

**DEFENDANT'S EXHIBIT**
**2**

## Fwd: eTicket Itinerary and Receipt for Confirmation ATJENJ

1 message

████████comcast.net <████████████>                         Sun, Apr 5, 2020 at 9:22 AM
To: Guillermo Lara <████████████>

Cody Wyoming confirmation ticket.

Kindest Regards,

Tammy Smith

------ Original Message ------

From: United Airlines, Inc.
To: T Smith
Sent: April 5, 2020 at 9:48 AM
Subject: eTicket Itinerary and Receipt for Confirmation ATJENJ

 **UNITED**                                         Sun, Apr 05, 2020

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Confirmation Number:

# ATJENJ

Flight 1 of 6 UA2029                                         Class: United Economy (N)

Mon, May 18, 2020                                         Mon, May 18, 2020
## 06:30 AM                                                ## 08:06 AM
Fort Myers, FL, US (RSW)                                   Houston, TX, US (IAH)

Flight 2 of 6 UA1811                                         Class: United Economy (N)

Mon, May 18, 2020                                         Mon, May 18, 2020
## 10:20 AM                                                ## 11:56 AM

Houston, TX, US (IAH)                                                    Denver, CO, US (DEN)

Flight 3 of 6 UA5163                                              Class: United Economy (N)

Mon, May 18, 2020                                                   Mon, May 18, 2020

## 01:19 PM                                                          02:11 PM

Denver, CO, US (DEN)                                            Laramie, WY, US (LAR)

Flight Operated by Skywest Airlines dba United Express.

Flight 4 of 6 UA5131                                              Class: United Economy (N)

Wed, May 20, 2020                                                  Wed, May 20, 2020

## 06:05 AM                                                          07:04 AM

Laramie, WY, US (LAR)                                          Denver, CO, US (DEN)

Flight Operated by Skywest Airlines dba United Express.

Flight 5 of 6 UA1864                                              Class: United Economy (N)

Wed, May 20, 2020                                                  Wed, May 20, 2020

## 07:50 AM                                                          11:14 AM

Denver, CO, US (DEN)                                            Houston, TX, US (IAH)

Flight 6 of 6 UA1409                                              Class: United Economy (N)

Wed, May 20, 2020                                                  Wed, May 20, 2020

## 12:30 PM                                                          03:47 PM

Houston, TX, US (IAH)                                           Fort Myers, FL, US (RSW)

## Traveler Details

**SMITH/CODYDONOVAN**
**eTicket number: 0162312105915**

Seats: **RSW-IAH -----**
**IAH-DEN -----**
**DEN-LAR -----**
**LAR-DEN -----**
**DEN-IAH -----**
**IAH-RSW -----**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in** ▉ |
| Date of purchase: | **Sun, Apr 05, 2020** |

| | |
|---|---|
| Airfare: | **247.44 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |
| September 11th Security Fee: | **11.20 USD** |

| | |
|---|---|
| Total Per Passenger: | **276.64 USD** |

# Total:                                      276.64 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/NOCBBG/NOASR

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, May 18, 2020<br>Fort Myers, FL, US (RSW)<br>to Laramie, WY, US (LAR) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Wed, May 20, 2020<br>Laramie, WY, US (LAR)<br>to Fort Myers, FL, US (RSW) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if
1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

Exhibit 3

(Cody Smith 2018 Taxes)

**1040**                          Tax Return Summary                          **2018**

**Taxpayer**

CODY D SMITH

[REDACTED]

[REDACTED]

Naples, FL 34120

---

**2018 Federal Return Information**    Prepared:    02-24-2019

| | | |
|---|---|---:|
| Filing Status: | | Single |
| Number of Personal Exemptions: | | 0 |
| | | |
| Wages, Salaries, Tips, etc.: | $ | 7,611 |
| Total Income: | $ | 7,611 |
| Total Adjustments: | $ | 0 |
| Adjusted Gross Income: | $ | 7,611 |
| Total Deductions: | $ | 7,961 |
| Exemption Amount: | $ | 0 |
| Taxable Income: | $ | 0 |
| Tax (before credits): | $ | 0 |
| Total Non-Refundable Credits: | $ | 0 |
| Tax (after credits): | $ | 0 |
| Earned Income Credit: | $ | 0 |
| Total Payments & Refundable Credits | $ | 586 |
| Amount You Overpaid: | $ | 586 |
| Your Tax Refund: | $ | 586 |
| Refund You Applied to 2019: | $ | 0 |
| Amount of Tax Owed (balance due): | $ | 0 |
| | | |
| Tax Rate (percentage): | | 10 |



DEFENDANT'S
EXHIBIT
3

**Form 1040** Department of the Treasury-Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

Filing status: [x] Single [ ] Married filing jointly [ ] Married filing separately [ ] Head of household [ ] Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| CODY D | SMITH | ▉▉▉▉▉ |

Your standard deduction: [x] Someone can claim you as a dependent [ ] You were born before January 2, 1954 [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent [ ] Spouse was born before January 2, 1954 [ ] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind [ ] Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). ▉▉▉▉▉  Apt. no.

Presidential Election Campaign (see inst.) [ ] You [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.

Naples, FL 34120

If more than four dependents, see inst. and check here ▶ [ ]

**Dependents (see instructions):**

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies (see inst.): |
|---|---|---|---|
| | | | Child tax credit / Credit for other dependents |
| | | | [ ] [ ] |
| | | | [ ] [ ] |
| | | | [ ] [ ] |
| | | | [ ] [ ] |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature ▉▉▉▉▉ | Date 02-24-2019 | Your occupation Lifeguard | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's signature | | PTIN | Firm's EIN | Check if: [ ] 3rd Party Designee |
|---|---|---|---|---|
| Preparer's name | | Phone no. | | [ ] Self-employed |
| Firm's name ▶ | | | | |
| Firm's address ▶ | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2018)

---

Form 1040 (2018)    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | 7,611 |
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 2a | Tax-exempt interest . . . . | 2a | | |
| | | b Taxable interest . . . . . | | 2b | |
| | 3a | Qualified dividends . . . . | 3a | | |
| | | b Ordinary dividends . . . . | | 3b | |
| | 4a | IRAs, pensions, and annuities . . | 4a | | |
| | | b Taxable amount . . . . . | | 4b | |
| | 5a | Social security benefits . . | 5a | | |
| | | b Taxable amount . . . . . | | 5b | |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 . . . . . . . . . . | | **6** | 7,611 |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 . . . . . . . . . . . . . . . . . . . | | **7** | 7,611 |
| Standard Deduction for— | 8 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . . | | **8** | 7,961 |
| • Single or married filing separately, $12,000 | 9 | Qualified business income deduction (see instructions) . . . . . . . . . . . . | | **9** | |
| • Married filing jointly or Qualifying widow(er), $24,000 | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- . . . . . . . . . | | **10** | 0 |
| • Head of household, $18,000 | 11 | a Tax (see inst) (check if any from: 1 [ ] Form(s) 8814  2 [ ] Form 4972  3 [ ] ) | | **11** | 0 |
| • If you checked any box under Standard deduction, see instructions. | | b Add any amount from Schedule 2 and check here . . . . . . . . ▶ [ ] | | | |
| **NO** | 12 | a Child tax credit/credit for other dependents    b Add any amount from Schedule 3 and check here ▶ [ ] | | **12** | 0 |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . | | **13** | 0 |
| | 14 | Other taxes. Attach Schedule 4 . . . . . . . . . . . . . . . . . . . | | **14** | |
| | 15 | Total tax. Add lines 13 and 14 . . . . . . . . . . . . . . . . . . . | | **15** | 0 |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . . . . | | **16** | 586 |
| | 17 | Refundable credits:  a EIC (see inst.)    b Sch 8812    c Form 8863 | | | |
| | | Add any amount from Schedule 5 | | **17** | |
| | 18 | Add lines 16 and 17. These are your total payments . . . . . . . . . . . . | | **18** | 586 |
| **Refund** | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** . . . | | **19** | 586 |
| Direct deposit? See instructions. | 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here . . ▶ [ ] | | **20a** | 586 |
| ▶ b | | Routing number ▉▉▉▉▉    ▶ c Type: [ ] Checking [x] Savings | | | |
| ▶ d | | Account number ▉▉▉▉▉ | | | |
| | 21 | Amount of line 19 you want applied to your 2019 estimated tax . . ▶ | 21 | | |
| **Amount You Owe** | 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions . . . . . . ▶ | | **22** | |
| | 23 | Estimated tax penalty (see instructions) . . . . . . . . . ▶ | 23 | | |

Go to **www.irs.gov/Form1040** for instructions and the latest information.    Form **1040** (2018)
EEA

## Federal Income Tax Withheld

**2018    PG01**

Name(s) as shown on return

Your Social Security Number

CODY D SMITH

| Description | Amount |
|---|---|
| W2 – Board Of County Commissioners | 393 |
| W2 – FRANKCRUM 12 INC | 193 |
| **Total Withholdings** | **586** |

WITHHELD.LD

## Standard Deduction Worksheet for Dependents - Line 8

**Form 1040**                    (Keep for your records)                    **2018**

Name(s) as shown on return

**CODY D SMITH**

Tax ID Number

Use this worksheet **only** if someone can claim you, or your spouse if filing jointly, as a dependent.

| | | |
|---|---|---|
| **1.** | Check if: ☐ **You** were born before January 2, 1954<br>☐ **You** are blind<br>☐ **Spouse** was born before January 2, 1954<br>☐ Spouse is blind | Total number of boxes<br>checked . . . . . . . . . . . **1.** _____ |
| **2.** | Is your **earned income*** more than $700.<br>☒ **Yes.** Add $350 to your earned income. Enter the total<br>☐ **No.** Enter $1,050 | . . . . . . . . . . . . . . . . . **2.** __7,961__ |
| **3.** | Enter the amount shown below for your filing status.<br>● Single or married filing separately—$12,000<br>● Married filing jointly—$24,000<br>● Head of household—$18,000 | . . . . . . . . . . . . . . . . **3.** __12,000__ |

**4.** **Standard deduction.**

a. Enter the **smaller** of line 2 or line 3. If born after January 1, 1954, and not blind, **stop here** and enter
this amount on Form 1040, line 8. Otherwise, go on to line 4b . . . . . . . . . . . . . . . . . . . . . . . . . . **4a.** __7,961__

b. If born before January 2, 1954, or blind, multiply the number on line 1 by $1,300 ($1,600 if single or
head of household) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4b.** _____

c. Add lines 4a and 4b. Enter the total here and on Form 1040, line 8 . . . . . . . . . . . . . . . . . . **4c.** _____

*** Earned income** includes wages, salaries, tips, professional fees, and other compensation received for personal services you performed. It also
includes any taxable scholarship or fellowship grant. Generally, your earned income is the total of the amount(s) you reported on Form 1040, line 1,
and Schedule 1, lines 12 and 18, minus the amount, if any, on Schedule 1, line 27.*

WK_STDED.LD

|  | **Account Transaction Summary** | **2018** |
|---|---|---|
| Name(s) as shown on return | | Your ID Number |

CODY D SMITH

**Account #1**
**Financial Institution Name** Bank Of America
**Routing Transit Number** ███████████
**Account Number**
**Account Type** Savings

**Federal Deposit** 586
**Net Deposit** 586

PLEASE VERIFY BANK INFORMATION

1. Bank Name
2. Bank Routing Transit Number
3. Bank Account Number
4. Bank Account Type

**This information is used to deposit your refund or to pay any amount due. If you have provided incorrect information, or you have closed the account, you are responsible.**

I have reviewed the above information and certify that this information is correct and authorize to use this account.

_____     _____     _____     _____
Your Signature                        Date                    Spouse's Signature (If Married Filing Jointly)     Date

DD_PMT.LD

# Exhibit 4

# (Cody Smith Enlistment Documents for NAVY.)

FOR OFFICIAL USE ONLY

NAME OF ENLISTEE/REENLISTEE (Last, First, Middle)

SMITH CODY DONOVAN

SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE

## D. CERTIFICATION AND ACCEPTANCE

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I certify that I have carefully read this document, including the partial statement of existing United States laws in Section C and how they may affect this agreement. Any questions I had were explained to my satisfaction. I fully understand that only those agreements in Section B and Section C of this document are recorded and will be honored. I also understand that any other promises or guarantees made to me by anyone that are not set forth in Section B or the attached annex(es) are not effective and will not be honored.

| **b. SIGNATURE OF ENLISTEE/REENLISTEE** | **c. DATE SIGNED** *(YYYYMMDD)* |
|---|---|
| Biometrically Signed | 20190509 16:48:24 |

### 14. SERVICE REPRESENTATIVE CERTIFICATION

**a.** On behalf of the United States *(list branch of service)*  NAVY

I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| **b. NAME** *(Last, First, Middle)* | **c. PAY GRADE** | **d. UNIT/COMMAND NAME** |
|---|---|---|
| HART JOHN J | E-5 | USN RECRUITING DISTRICT |
| **e. SIGNATURE** | **f. DATE SIGNED** *(YYYYMMDD)* | **g. UNIT/COMMAND ADDRESS** *(City, State, ZIP Code)* |
| Biometrically Signed | 20190509 16:48:24 | MIAMI<br>FL 33166-0000 |

### E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**

I, CODY DONOVAN SMITH                               , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**

I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations. So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**

I do hereby acknowledge to have voluntarily enlisted/reenlisted this _____ day of _____, _____ in the _____ National Guard and as a Reserve of the United States *(list branch of service)* _____ with membership in the _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| **18.a. SIGNATURE OF ENLISTEE/REENLISTEE** | **b. DATE SIGNED** *(YYYYMMDD)* |
|---|---|
| Biometrically Signed | 20190509 17:54:40 |

### 19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION

**a.** The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| **b. NAME** *(Last, First, Middle)* | **c. PAY GRADE** | **d. UNIT/COMMAND NAME** |
|---|---|---|
| CARABALLO ASHLEY M | O-3 | TAMPA MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED** *(YYYYMMDD)* | **g. UNIT/COMMAND ADDRESS** *(City, State, ZIP Code)* |
| Biometrically Signed | 20190509 17:54:40 | TAMPA<br>FL 33614-2716 |

*(Initials of Enlistee/Reenlistee)*  Biometrically Signed

**DD FORM 4/2, OCT 2007**      PREVIOUS EDITION IS OBSOLETE.

FOR OFFICIAL USE ONLY



DEFENDANT'S
EXHIBIT
4

FOR OFFICIAL USE ONLY

## ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 3331; 10 U.S.C. 113, 136, 502, 504, 505, 506, 507, 508, 509, 510, 513, 515, 516, 518, 519, 972, 978, 2107, 2107a, 3253, 3258, 3262, 5540, 8252, 8253, 8257, 8258, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12301, 12302, 12304, 12305, 12405; 14 USC 351, 632; 32 U.S.C. 301, 302, 303, 304; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| 1. NAME *(Last, First, Middle)* | 2. SOCIAL SECURITY NUMBER |
|---|---|
| SMITH<br>CODY DONOVAN | ███████ |

| 3. HOME OF RECORD *(Street, City, County, State, Country, ZIP Code)* | 4. PLACE OF ENLISTMENT/REENLISTMENT *(Mil. Installation, City, State)*<br>TAMPA MEPS<br>TAMPA, FL 33614-2716 |
|---|---|

| 5. DATE OF ENLISTMENT/<br>REENLISTMENT *(YYYYMMDD)*<br>20190509 | 6. DATE OF BIRTH *(YYYYMMDD)*<br>████████ | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| | | a. TOTAL ACTIVE MILITARY SERVICE | | | |
| | | b. TOTAL INACTIVE MILITARY SERVICE | | | |

### B. AGREEMENTS

8. I am enlisting/reenlisting in the United States *(list branch of service)* NAVAL RESERVE this date for __8__ years and __0__ weeks beginning in pay grade __E-1__ of which __4__ years and __0__ weeks is considered an Active Duty Obligation, and __4__ years and __0__ weeks will be served in the Reserve Component of the Service in which I have enlisted. If this is an initial enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate authority. This eight year service requirement is called the Military Service Obligation. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) *(list name of Annex(es) and describe)*

__A__

a. **FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**
I understand that I am joining the DEP. I understand that by joining the DEP I am enlisting in the Ready Reserve component of the United States *(list branch of service)* NAVY _____ for a period not to exceed 365 days, unless this period of time is otherwise extended by the Secretary concerned. While in the DEP, I understand that I am in a nonpay status and that I am not entitled to any benefits or privileges as a member of the Ready Reserve, to include, but not limited to medical care, liability insurance, death benefits, education benefits, or disability retired pay if I incur a physical disability. I understand that the period of time while I am in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that the period of time while I am in the DEP is counted toward fulfillment of my military service obligation described in paragraph 10, below. While in the DEP, I understand that I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, qualifications, and mailing address. I understand that I WILL be ordered to active duty unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* 20200302    0600 for enlistment in the Regular component of the United States *(list branch of service)* NAVY

for not less than __4__ years and __0__ weeks.

b. **REMARKS:** *(If none, so state.)*    NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

*(Initials of Enlistee/Reenlistee)* Biometrically Signed

*(Continued on Page 2)*

**DD FORM 4/1, OCT 2007**      PREVIOUS EDITION IS OBSOLETE.

### FOR OFFICIAL USE ONLY

Exhibit 5-11

(Affidavits from family and Friends.)

Affidavit Index:

Exhibit 5: Affidavit from Mother willing to sign as a 3rd party custodian.

Exhibit 6: Affidavit from Father assuring employment and support.

Exhibit 7: Affidavit form Grandfather assuring support and willingness to sign as 3rd party custodian.

Exhibit 8: Affidavit from Grandmother assuring support and willingness to sign as 3rd party custodian.

Exhibit 9: Letter from family friend.

Exhibit 10: Affidavit from paternal Grandmother.

Exhibit 11: Letter from Christy Hamm that has known him his entire life.



**AFFIDAVIT OF FACT OF**

| | |
|---|---|
| **STATE OF TEXAS,** | ) |
| | ) |
| **COUNTY OF BEXAR** | ) |

      I, TAMMY LYNN SMITH, declare under penalties of perjury that according to my belief the foregoing information and allegations of this Affidavit are true and correct, and I hereby say:

1.     I am Tammy Smith and my DOB is ▊▊▊▊▊

2.     I have personal knowledge of the facts stated in this affidavit.

3.     I have not been compelled or threatened to sign this statement in any manner.

4.     I am signing this statement knowingly, voluntarily, and freely.

5.     Cody Smith is accused of Kidnapping and Abusive Sexual Contact.

6.     Attorney Guillermo Lara Jr. is representing Cody Smith.

7.     Cody Smith is my son and he has lived in the United States all his life. We have lived in Collier County all his life. I have worked for several years and can provide all income tax returns necessary for verification of my employment and payments I have made on my property. I presently reside at ▊▊▊▊▊ Naples, Florida 34120.

8.     Before his arrest on March 29, 2020, we hadn't received any indication that my son was being accused of these crimes. At the time the search warrant was executed, Cody was in Texas at Fort Sam Houston. Cody was in the process of beginning the last stretch of his training for his position as a medic for the Navy. Prior to Cody living in Texas, he has lived with me at ▊▊▊▊▊ Florida 34120. My family and I have lived in Collier County for several years and have no intention of leaving this location. Cody is a good member of our community and has never been in any trouble. I know for a fact that Cody is not a threat to anyone and there must be some misunderstanding. We stand behind Cody and know he will comply with any conditions this Court may set. Cody is a good son and is very responsible. We are simply asking for this Court to allow him the opportunity to be released on bond so that he can face these charges. I have always taught my family to face your problems and know Cody is not a flight risk. We all believe in Cody. I believe in Cody so much that I am willing to use my property as collateral to assure he complies with all conditions. I am even wiling to sign as a 3rd party custodian. I have spoken with my parents and they are both willing to sign as a 3rd party custodian as well. In fact, they are both willing to put any property as collateral to

assure Cody receives a bond.

9.  Growing up, Cody has always been responsible and has never given our family any issues. I have always worked hard to lead by example and have always been proud to say that Cody is a hard working young man. I know that my son will comply with all conditions of release and would mortgage our home to allow him the opportunity to be released on bond while he tends to this case. At this time, our house is valued at approximately $350,000 and I have no doubt that Cody will attend every court date now that he knows he has court. I do however understand the seriousness of the charges against Cody. That being said, I would assure this court that if Cody is given an opportunity to be released on Bond that I would be responsible for assuring that he complies with his conditions and report any activity that may be out of the ordinary. It would mean a great deal to our family to have Cody at home. My son will live under my roof at ▮▮▮▮▮▮▮▮ Naples, Florida 34120.

10. Mr. Lara has clearly explained to me that by signing for my son, Cody Smith, I am telling this court that if he violates any conditions of release I will be responsible for the sum of any unsecured bond and may even lose my home. I know he will comply and I am willing to take that chance.

Further affiant says not.

Tammy Smith

Pursuant to 28 U.S.C. § 1746, and Texas Civil Practice and Remedies Code § 132.001-132.003, I, Tammy Smith hereby declare that I am Tammy Smith, am over the age of 18 years, and am competent to make this affidavit. I have not been forced to sign this declaration or affidavit, and to the best of my knowledge, all assertions in this declaration and affidavit are correct and true.

Signed on **April 3** , 2020

Tammy Smith

## AFFIDAVIT OF FACT OF

**STATE OF TEXAS,**

**COUNTY OF BEXAR**



DEFENDANT'S EXHIBIT ___ tabbies

    I, Donovan Smith, declare under penalties of perjury that according to my belief the foregoing information and allegations of this Affidavit are true and correct, and I hereby say:

1.     I am Donovan Smith and my DOB is ███████

2.     I have personal knowledge of the facts stated in this affidavit.

3.     I have not been compelled or threatened to sign this statement in any manner.

4.     I am signing this statement knowingly, voluntarily, and freely.

5.     Cody Smith is accused of Kidnapping and Abusive Sexual Contact.

6.     Attorney Guillermo Lara Jr. is representing Cody Smith.

7.     Cody Smith has occasionally worked with me from time to time and is my son.  Cody Smith has always been a hardworking young man and great son.

8.     Before being arrested on March, 29, 2020, I was not aware of charges against my son.

9.     My son has occasionally helped me with my business at Close Up Creatures LLC. I would be more than willing to offer him employment should he be provided a bond with conditions. My son is a hard working individual. Although his mother and I are separated, we continue to be proud of his accomplishments. Cody recently graduated from the Naval Academy and had dreams of serving the Navy as a medic. Cody is only 20 years old but he has a good head on his shoulders and was making great progress in accomplishing his dreams. Although he hasn't

worked for me on a permanent basis, I know the quality of work that he can produce. On the days that he has worked with me he has always been on time and has never complained about working in the heat.  Cody is a great son and is a hard working person. In all the years I have known him, I know he has always tried to do right. I was shocked to hear about the accusations against my son and know there must be a misunderstanding. My son is not a threat to anyone and I support him 100%. I know that as a family we will get through this and Cody will attend every Court date to prove his innocence.

Further affiant says not.

Donovan Smith

Pursuant to 28 U.S.C. § 1746, and Texas Civil Practice and Remedies Code § 132.001-132.003, I, Donovan Smith hereby declare that I am Donovan Smith I am over the age of 18 years, and am competent to make this affidavit.  I have not been forced to sign this declaration or affidavit, and to the best of my knowledge, all assertions in this declaration and affidavit are correct and true.

Signed on _April 1,_____, 2020

Donovan Smith

**DEFENDANT'S EXHIBIT**

**7**

## AFFIDAVIT OF FACT OF

| | |
|---|---|
| **STATE OF TEXAS,** | ) |
| | ) |
| **COUNTY OF BEXAR** | ) |

I, LEONARD K. BARSHINGER, declare under penalties of perjury that according to my belief the foregoing information and allegations of this Affidavit are true and correct, and I hereby say:

1. I am Leonard K. Barshinger and my DOB is ▌

2. I have personal knowledge of the facts stated in this affidavit.

3. I have not been compelled or threatened to sign this statement in any manner.

4. I am signing this statement knowingly, voluntarily, and freely.

5. Cody Smith is accused of Kidnapping and Abusive Sexual Contact.

6. Attorney Guillermo Lara Jr. is representing Cody Smith.

7. Cody Smith is my grandson and he has lived in the United States all his life. He has lived in Collier County all his life. I can provide all income tax returns necessary for verification of my income and payments I have made on my property. I presently reside at ▌ Ft. Myers, Florida 33905. I live in Lee County.

8. Before his arrest on March 29, 2020, we hadn't received any indication that my grandson was being accused of these crimes. The first time I was made aware of these charges was when my daughter, Tammy Smith, informed us. My family and I have lived in Lee County for several years and have no intention of leaving this location. Cody is a good member of our community and has never been in any trouble. I know for a fact that Cody is not a threat to anyone and there must be some misunderstanding. We stand behind Cody and know he will comply with any conditions this Court may set. Cody is a good grandson and is very responsible. We are simply asking for this Court to allow him the opportunity to be released on bond so that he can face these charges. I have always taught my family to face your problems and know Cody is not a flight risk. We all believe in Cody. I believe in Cody so much that I am willing to use my property as collateral to assure he complies with all conditions. I am even wiling to sign as a 3rd party custodian.

9. Growing up, Cody has always been responsible and has never given our family any issues. I know that Cody is a very hard-working man. I know that my grandson will comply with all conditions of release and would mortgage our home to allow him

the opportunity to be released on bond while he tends to this case. My wife and I have no doubt that Cody will attend every court date now that he knows he has court. I do however understand the seriousness of the charges against Cody. That being said, I would assure this court that if Cody is given an opportunity to be released on Bond that I would be responsible for assuring that he complies with his conditions and report any activity that may be out of the ordinary. It would mean a great deal to our family to have Cody at home with our daughter and back in our community. My grandson will live with my daughter at ███████████ Naples, Florida 34120.

10. Mr. Lara has clearly explained to me that by signing for my grandson, Cody Smith, I am telling this court that if he violates any conditions of release I will be responsible for the sum of any unsecured bond and may even lose my home. I know he will comply and I am willing to take that chance.


Further affiant says not.

Leonard Barshinger


Pursuant to 28 U.S.C. § 1746, and Texas Civil Practice and Remedies Code § 132.001-132.003, I, Leonard Barshinger hereby declare that I am Leonard Barshinger, am over the age of 18 years, and am competent to make this affidavit. I have not been forced to sign this declaration or affidavit, and to the best of my knowledge, all assertions in this declaration and affidavit are correct and true.

Signed on _____, 2020

Leonard Barshinger

**AFFIDAVIT OF FACT OF**

DEFENDANT'S
EXHIBIT
**8**

STATE OF TEXAS,                                    )
                                                   )
COUNTY OF BEXAR                                    )

I, SUSAN L. BARSHINGER, declare under penalties of perjury that according to my belief the foregoing information and allegations of this Affidavit are true and correct, and I hereby say:

1.    I am Susan L. Barshinger and my DOB is ▮▮▮▮▮▮

2.    I have personal knowledge of the facts stated in this affidavit.

3.    I have not been compelled or threatened to sign this statement in any manner.

4.    I am signing this statement knowingly, voluntarily, and freely.

5.    Cody Smith is accused of Kidnapping and Abusive Sexual Contact.

6.    Attorney Guillermo Lara Jr. is representing Cody Smith.

7.    Cody Smith is my grandson and he has lived in the United States all his life. He has lived in Collier County all his life. I can provide all income tax returns necessary for verification of my income and payments I have made on my property. I presently reside at ▮▮▮▮▮▮ Ft. Myers, Florida 33905. I live in Lee County.

8.    Before his arrest on March 29, 2020, we hadn't received any indication that my grandson was being accused of these crimes. The first time I was made aware of these charges was when my daughter, Tammy Smith, informed us. My family and I have lived in Lee County for several years and have no intention of leaving this location. Cody is a good member of our community and has never been in any trouble. I know for a fact that Cody is not a threat to anyone and there must be some misunderstanding. We stand behind Cody and know he will comply with any conditions this Court may set. Cody is a good grandson and is very responsible. We are simply asking for this Court to allow him the opportunity to be released on bond so that he can face these charges. I have always taught my family to face your problems and know Cody is not a flight risk. We all believe in Cody. I believe in Cody so much that I am willing to use my property as collateral to assure he complies with all conditions. I am even wiling to sign as a 3rd party custodian.

9.    Growing up, Cody has always been responsible and has never given our family any issues. I know that Cody is a very hard-working man. I know that my grandson will comply with all conditions of release and would mortgage our home to allow him

the opportunity to be released on bond while he tends to this case. I have no doubt that Cody will attend every court date now that he knows he has court. I do however understand the seriousness of the charges against Cody. That being said, I would assure this court that if Cody is given an opportunity to be released on Bond that I would be responsible for assuring that he complies with his conditions and report any activity that may be out of the ordinary. It would mean a great deal to our family to have Cody at home with our daughter and back in our community. My grandson will live with my daughter a█████████████ Naples, Florida 34120.

10.     Mr. Lara has clearly explained to me that by signing for my grandson, Cody Smith, I am telling this court that if he violates any conditions of release I will be responsible for the sum of any unsecured bond and may even lose my home. I know he will comply and I am willing to take that chance.

Further affiant says not.

Susan Barshinger

Pursuant to 28 U.S.C. § 1746, and Texas Civil Practice and Remedies Code § 132.001-132.003, I, Susan Barshinger hereby declare that I am Susan Barshinger, am over the age of 18 years, and am competent to make this affidavit. I have not been forced to sign this declaration or affidavit, and to the best of my knowledge, all assertions in this declaration and affidavit are correct and true.

Signed on _____, 2020

Susan Barshinger

DEFENDANT'S
EXHIBIT
9
tabbies'

April, 3 2020

My name is Frances Marie Cannan, I am writing on behalf of Cody Smith.  I am a longtime friend of his parents, Tammy & Donovan Smith. I've known them for around 30 years. I know Cody to be a very sweet, trusting & respectful young man. He remembers my late husband fondly and respectfully.  He always has a great attitude and has shown interest in my well being by checking in with me periodically. He sends messages to ask how I am, what I'm up to, and to share pictures and stories of his adventures. I can only say, there must be some mistake, misunderstanding or other part to the story that needs to come out. I do not believe Cody would ever take anyone against their will or do anything to a person against their will. Cody is just a young man who chose a path to serve his country and I'm sure he wouldn't do anything to jeopardize his future on purpose.

Respectfully,

F. Marie Cannan
239-986-3475

HONORABLE JUDGE

STATE OF TEXAS

COUNTY OF BEXAR



DEFENDANT'S
EXHIBIT
tabbies*
10

My name is Allie Smith and I am Cody Donovan Smith's grandmother. Right now you don't know Cody from Adam but I want that to change.

Cody and I have always had a very close relationship. We have had many heart-to-heart talks over his lifetime.

Cody was born & raised in Naples, FL, on our lower west coast. Florida is a very long state. From Cody's home you can drive for 10 hours & you are still in Florida! Cody is very family-oriented. It is his love of family that led him to take a trip out west to Idaho to stay with family & work on their ostrich farm. As he was driving out west, knowing that I would worry, he would often call me to check in. He really wasn't aware of crossing state lines unless I specifically asked him which state he was in. Then he'd have to read me road signs & we'd figure it out! The fact that he may have taken someone across as state line, I guarantee, never crossed Cody's mind!

Cody is very trusting. He believes that people are inherently good.

Cody is your typical teenager. (He has only been 20 for a few months). Like most teens, he loves to drive. His first trip driving alone was 4 hours up to stay for a few days with his grampa & me.

Cody makes friends quickly. He enjoys hanging out with friends. He is well-liked & has a mixture of male & female friends.

Cody has always helped around the house as well as tending to animals in his care. Whether walking his dog, his porcupine or anteater, he took great care of them all!

Page Two

Cody absolutely LOVES history!  He would rather watch videos about history on his computer than anything!  He is oriented to remembering dates & details about historical places & events.

Cody loves to travel & this love has taken him to places that are only dreams for most of us!  Places like Cuba, South Africa & diving on The Great Barrier Reef in Australia!

Cody is SO excited about his NAVY career!  He passed boot camp training, pushing himself through even though exhausted with allergies so bad that they caused his sinuses to bleed daily.  He told me that he had to push through to make his family proud!

He loves & cares for people.  He has an innate desire to help them, which lead him to seek a career as a NAVY Corpsman!  He is absolutely over-the-moon excited about that becoming a reality!

Cody gets along with everybody.  He doesn't have a vengeful, mean or hateful bone in his body.  Cody is a fierce defender of the underdog!

 Cody is very trusting of others.  Being in any way aggressive towards any one is not who Cody is.  Cody respects all people and treats them with kindness & courtesy.

Our family stands united in prayer that God surrounds Cody, giving him strength & keeping him steadfast in his faith that he will be brought through this & soon will be back studying for his Corpsman tests!

We pray for God's guidance for Cody's attorney, judges & all who are or will be involved in this case.  We pray that the justice system does its' job and Cody, as we all know that he is, will be declared innocent of both charges & freed!

Thanking you in advance for allowing me to introduce you to our Cody!

Allie Smith 4/2/2020



DEFENDANT'S
EXHIBIT
11

4/3/2020

To Whom It May Concern,

My name is Christy Hamm. I have been a close friend of the Smith family for over 35 years. I have had the pleasure of knowing Cody since he was born. Since this time, it was clear, Cody has had a love for life and animals. Cody has always enjoyed meeting new people, taking in the great outdoors, and staying active. To this day, I have never seen him without a smile or a kind word to share.

I have 2 children of my own and they both grew up with Cody. As children, Caitlin and Dylan would spend quality time with Cody. Anything from going to the pool to playing in the park. We also spent most birthday's together and always had wonderful outdoor celebrations. It didn't matter how many people came; Cody played with everyone. No-one was ever excluded if Cody was around. His caring nature was apparent at a very young age.

As he got older, Cody enjoyed volunteering his time to help on his parent's wildlife preserve. He shared in the excitement of every child and adult that came to the preserve to see the animals. He spent time talking with anyone interested in learning more about the preserve. It was clear he had immense pride in his work and knew how special it was to be part of it. As a volunteer there myself, it is easy for me to say that Cody learned excellent moral values because he worked so closely with his parents during this time.

His passion for life only continued to grow with age. When Cody was in high school, he joined the swim team and continued to make many friends. When I meet these kids, it was clear they weren't just good friends but also good people. It was immediately clear that they were just as kind, respectful, and trustworthy as Cody. I strongly believe you can learn a lot about a person's character by the friends they keep. This was a true testament to that belief.

In Cody's junior year of high school, he considered joining the military. He spent quite a bit of time researching all his options before choosing to enlist in the Navy. He met with several recruiters from different branches before making the best decision for himself. As a retired Army veteran, he looked to me for advice and guidance on the direction he was considering. He shared all the information he had found. Cody wanted to be certain he was setting himself up for the brightest future possible. I knew at that moment that Cody had become a wonderful young man.

Cody is cherished by our family. I am thankful that he has been apart of our life. He is such a dedicated, brave, and loving young man. He has a passion for life that I haven't seen before. Cody trusts without question and loves without reservation. He always has a positive outlook on life. It is easy for me to say that he will make many valuable contributions in his life.

# Exhibit 12

# (Copy of U.S. Passport that will be surrendered.)

