IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CODY DONOVAN SMITH,<br><br>　　　　　Defendant. | Criminal No. 20-CR-45-F |

### ORDER REVOKING BOND

**THIS MATTER** having come before the court pursuant to the government's Motion to Revoke Bond, and the court being fully advised,

**IT IS HEREBY ORDERED** that the bond previously set for Cody Donovan Smith is revoked.

**DATED** this _____ day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY D. FREUDENTHAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE