**INTERVIEW WITH [TG]**
**Q=Jake Olson**
**A=[TG]**

Q: This is a call back to [TG] at 10:15 December 7, 2020.

A: Hello?

Q: Hi. Is this [TG]

A: Yes this is [TG]

Q: Hey - hey it's Jake Olson. How are you?

A: Good. How are you doing?

Q: I'm good. Thanks for taking my call. I don't know - did your dad call you or did you see my Instagram message?

A: Yeah my - my dad told me about it.

Q: Okay good. Well let me tell - do you have a minute to talk before we get started?

A: Yeah.

Q: Okay, um, my name is Jake Olson. And I'm a Special Agent with the National Park Service.

A: Okay.

Q: And so I'm trying to call you because, uh, I believe you're not in any kind of trouble or anything of course, um, but I - I believe, um, you know, somebody that I'm investigating. And so I was just wondering if...

A: Okay.

Q: ...you had a few minutes to talk about it like about...

Exhibit 6

| | | |
|---|---|---|
| 46 | | |
| 47 | A: | Yeah. |
| 48 | | |
| 49 | Q: | ...this guy. Okay. Well let me get my notes ready here real quick. I'm going to |
| 50 | | try to take - do the best I can at taking good notes but are you comfortable with |
| 51 | | me, uh, recording this as well so I don't have to write everything down? |
| 52 | | |
| 53 | A: | Yeah, it's no worries. |
| 54 | | |
| 55 | Q: | Okay well the guy I'm looking into is, um, a guy named (Cody Smith). Are you |
| 56 | | familiar with him? |
| 57 | | |
| 58 | A: | Oh okay yes. |
| 59 | | |
| 60 | Q: | Yeah, does that surprise you or - or does it not surprise you? |
| 61 | | |
| 62 | A: | Um, well I guess no it - it really doesn't surprise me. |
| 63 | | |
| 64 | Q: | Okay. Can you - can you tell me about your previous relationship or how you |
| 65 | | knew (Cody Smith)? |
| 66 | | |
| 67 | A: | Um, well I think we - it's - it's hard to explain it's so long ago. I am a freshman |
| 68 | | in college now... |
| 69 | | |
| 70 | Q: | Uh-huh. |
| 71 | | |
| 72 | A: | ...so this must have been my I met him the sophomore year of high school |
| 73 | | during the summer. |
| 74 | | |
| 75 | Q: | Okay. |
| 76 | | |
| 77 | A: | And we kind of hung out a few times. I guess we were dating. It was like my |
| 78 | | first, like, quote unquote "relationship"... |
| 79 | | |
| 80 | Q: | Mm-hm. |
| 81 | | |
| 82 | A: | ...but definitely rushed into thing - definitely like, uh, very uncomfortable you |
| 83 | | | know what I mean. So that's how I know him. I only know him outside of like |
| 84 | | just meeting him over the summer. |
| 85 | | |
| 86 | Q: | Okay. Well let me I'm just going to give you a little bit of background on what |
| 87 | | we're, uh, looking into okay? Um, and - and I'll give you some background on |
| 88 | | what I do. So my job is to investigate, uh, like mostly felonies that occur within |
| 89 | | the National Park Service. And those felonies range from all kinds of stuff |
| 90 | | whether it be like attempted murder or, you know, poaching a wolf or sexual |

Exhibit 6

| | | |
|---|---|---|
| 91 | | assault or sexual abuse. |
| 92 | | |
| 93 | A: | All right. |
| 94 | | |
| 95 | Q: | Um, (Cody) is getting investigated for the latter. So he's getting investigated for |
| 96 | | abuse of sexual contact, uh, for a girl that he met out here in, um, in, uh, in |
| 97 | | Wyoming. T- he actually met her In Idaho... |
| 98 | | |
| 99 | A: | Uh-huh. |
| 100 | | |
| 101 | Q: | ...but they went to Wyoming. Um, and obviously, you know, with any of this |
| 102 | | stuff nobody is guilty until they're proven guilty right? He's just accused as of |
| 103 | | right now. |
| 104 | | |
| 105 | A: | Yeah. |
| 106 | | |
| 107 | Q: | Um, but I've talked to a few folks at this point who have had previous |
| 108 | | relationships with him and I'm just trying to follow-up with you the same way |
| 109 | | that I followed-up with them. So that being said I just - I say all that stuff to let |
| 110 | | you know that my whole job is pretty much dealing with this stuff and so I don't |
| 111 | | want you to feel uncomfortable or that you can't say anything that might sound |
| 112 | | embarrassing or, you know, details like that... |
| 113 | | |
| 114 | A: | All right. |
| 115 | | |
| 116 | Q: | ...because some of the questions that I have to ask you probably are intimate, |
| 117 | | they probably are personal. And if you don't want to answer them you don't |
| 118 | | have to. Um, but I don't want you to hold... |
| 119 | | |
| 120 | A: | Okay. |
| 121 | | |
| 122 | Q: | ...I don't want you to hold back because of me okay? |
| 123 | | |
| 124 | A: | Okay. |
| 125 | | |
| 126 | Q: | Sorry, so what a weird intro right? |
| 127 | | |
| 128 | A: | Yeah, uh-huh. |
| 129 | | |
| 130 | Q: | Like who thought... |
| 131 | | |
| 132 | A: | I know right. |
| 133 | | |
| 134 | Q: | ...who thought you're going to be doing this on Monday? So, uh, well I - I guess |
| 135 | | what I'd ask you is you mentioned that it was very uncomfortable. Can you |

Exhibit 6

| | | |
|---|---|---|
| 136 | | describe what you mean by that? |
| 138 | A: | Okay so well I remember so this is like sobering to talk about. I feel like I've never talked about this before because it was like I very - haven't done - like I haven't done anything with anyone, you know. It was like the first guy I really hung out with. |
| 143 | Q: | Yeah. |
| 145 | A: | You know, so I very like not knowing what I'm doing like not knowing what I'm comfortable with. So, um, I guess we hung out. And then like I guess we did things like I don't know how - like I get really personal or like I don't know if I'm... |
| 150 | Q: | I... |
| 152 | A: | ...saying anything like, weird. |
| 154 | Q: | No. You're not going to say anything weird or anything offensive to me. And like I said I - I've spoke to a few folks about this case and - and we did get very detailed about some of the intimacy stuff so whatever you're comfortable with okay? |
| 159 | A: | Okay. So I remember us going to like ice skate or something and we got there late so there was no ice skate. So then afterwards we just went back to his car and hung out. And I remember like him fingering me and everything and it like it - it hurting, you know? |
| 164 | Q: | Yeah, yeah. |
| 166 | A: | And I guess I really didn't know how to like say anything, you know, but I remember like bleeding and not really knowing like what to do and anything. But, um, so that's when I like - it was just very rushed. Like I feel like I didn't even know him for that long and I was just expected to do things. I - I remember that. I remember on Instagram he'd send me, um, like memes, not memes but like posts about like different positions. You know, and like... |
| 173 | Q: | Yeah. |
| 175 | A: | ...just sexual things. And I not knowing anything about sex or like anything and I'm like - I like this is what I'm expected to do, you know? |
| 178 | Q: | Yeah. |
| 180 | A: | And - and then I remember one night this is like the worst night of my life I feel |

Exhibit 6

| | | |
|---|---|---|
| 181 | | like. It was - we were hanging out. We went to his house I guess and we're like |
| 182 | | outside. |
| 183 | | |
| 184 | Q: | Yeah. |
| 185 | | |
| 186 | A: | And I was already late and I - like my curfew was 10:00, and I ended up getting |
| 187 | | home at like 3 o'clock in the morning because I don't know what happened like |
| 188 | | how time flew. But I remember - I remember, um, like driving or like him |
| 189 | | driving to his house. And, um, I'm trying to remember like the exact thing that |
| 190 | | happened but I remember us being outside like I - I - I maybe I was somehow, |
| 191 | | um, we were outside and there's like not a futon but like a couch something. |
| 192 | | |
| 193 | Q: | Like a couch that's under, uh... |
| 194 | | |
| 195 | A: | ...and... |
| 196 | | |
| 197 | Q: | ...the - the couch that's kind out there... |
| 198 | | |
| 199 | A: | Yeah. |
| 200 | | |
| 201 | Q: | ...in the safari area there that's under the - under the kind of the... |
| 202 | | |
| 203 | A: | Yeah. |
| 204 | | |
| 205 | Q: | ...overhanging thing? Yeah. |
| 206 | | |
| 207 | A: | Yes. Do you - have you been there? |
| 208 | | |
| 209 | Q: | No you're just not the first one that's told me about that couch. |
| 210 | | |
| 211 | A: | Oh my gosh. This is horrible... |
| 212 | | |
| 213 | Q: | Okay. |
| 214 | | |
| 215 | A: | ...that more people have through this, you know? But yeah, it was that and |
| 216 | | outside and then like I guess like - like my underwear came off, you know, like |
| 217 | | my bra was off like I was naked and I remember him this was like the first time |
| 218 | | but I haven't done - I haven't had sex with anyone. And then I remember him |
| 219 | | being like, "I'm gonna go just like the condom," and I'm like, "I - I don't know |
| 220 | | like I don't think we should do this right now." And he's like, "No I'm gonna go |
| 221 | | get it." And he went to his car he got it he came back. And, um, then like I guess |
| 222 | | it was like a little bit of stuff happened like I didn't obviously didn't want it to |
| 223 | | happen but, you know, like I - I guess I tried to say no without like yelling it, |
| 224 | | you know? |
| 225 | | |

Exhibit 6

| | | |
|---|---|---|
| 226 | Q: | Okay. |
| 228 | A: | Like no means no I guess in any sense, even if I'm like I don't know, you know? |
| 231 | Q: | Yeah. |
| 233 | A: | But, um, then I remember looking at some - I think I heard my phone go off because my phone was feel like it was so far. Like I didn't even know like the time or like my mom was calling me. I'm sure I feel so bad what I put her through, you know, like not knowing where I am at like 3 o'clock in the morning. But I remember being like, "Oh, like what time is it?" And I go check my phone I had to like get dressed and everything yeah but, um, I didn't talk to him after that. But yeah there - there was definitely a lot of things that I wasn't comfortable with that I didn't want to happen. |
| 242 | Q: | Can... |
| 244 | A: | I don't know sorry, I like ran for a long time so if you have any questions. |
| 246 | Q: | That's okay. That's perfect. Yeah, it gives me a lot of questions to ask. Are, um, are you in any kind of rush or are you okay to keep talking to me for a little bit? |
| 249 | A: | No I'm okay to keep talking. |
| 251 | Q: | Okay. So you kind of mentioned that it was the worst night of your life and that you went back to his house and you got to that couch. Um, can you describe the conversation and kind of like how it went forward so when you guys, you know, I guess what I'm trying to determine is, you know, it's okay to have some consensual parts and then not and then - and then revoke that consent later. And you know what I mean when I say that so it's like... |
| 258 | A: | Mm-hm. |
| 260 | Q: | ...yeah, like... |
| 262 | A: | Yeah. |
| 264 | Q: | ...may- maybe I consent to, you know, like you said, fingering, or maybe I consent to like a hand job or something like that but, you know, you don't consent to the rest of it. It's not b- just because you consent to one part doesn't mean you have to consent to the rest. Now I would ask... |
| 269 | A: | Yeah. |

Exhibit 6

| | | |
|---|---|---|
| 271<br>272<br>273<br>274 | Q: | ...I - I guess I'd ask you is what was that conversation like? And like at what point were you uncomfortable, at what point were, you know, did those things start - like what's - I know it's been a while but can you remember what kind of statements, or the conversation or describe his attitude? |
| 276 | A: | Of like his attitude or... |
| 278 | Q: | Both. |
| 280 | A: | ...I didn't hear that last part? |
| 282<br>283<br>284<br>285 | Q: | Yeah. If you could describe both, you know, like h- like kind of the conversation as you remember it. Um, you know, what you would told him. You know, you'd mentioned that it was the worst night of your life, uh, you know, can you expand on that a little bit for me too? |
| 287<br>288<br>289<br>290<br>291<br>292 | A: | Well I just - I remember like I feel like I knew this was going to happen. And I remember telling my mom I'm like, "Mom like you have to text me at 9:00 saying that I have to be home. Like you have to text me," because like I knew - I knew this was gonna go down. I knew I was gonna get uncomfortable. I knew - I didn't think he gonna's force it but I knew it was going to come up and I was gonna put in this place where I wouldn't be able to get out of it, you know? |
| 294 | Q: | What - why... |
| 296 | A: | And she was like, "Oh like you'll have f-" what? Say that again. |
| 298 | Q: | No you go ahead. I'm sorry to interrupt you. Go ahead. |
| 300<br>301<br>302<br>303<br>304<br>305<br>306<br>307 | A: | And then I remember my mom was like, "Oh no like it'll be fun like a litlte date." I'm like, "No, like well please text me like be home at 9:00, like please." But then because then like time just flew and like I didn't know what was happening at all, you know? It just - I forgot what else we did that night but I just remember being like that night I remember him texting me like, "Oh like are you ready?" Like stuff like that. Like he definitely wanted to have sex, you know, like that was - that was his goal and was - I didn't know anything. Like he was the first person I've ever done anything sexual with... |
| 309 | Q: | Okay. |
| 311 | A: | ...you know? |
| 313 | Q: | Yeah. |
| 315 | A: | And being like a sophomore in high school I don't know if that was the time |

Exhibit 6

| | | |
|---|---|---|
| 316 | | where I should have. I don't know if that's what I wanted to do, you know? |
| 318 | Q: | Yeah. |
| 320 | A: | Like I definitely didn't know him at all. I definitely didn't know him, you know? And, um, I think that was probably like his main intention, you know, um? |
| 324 | Q: | Yeah. |
| 326 | A: | But yeah, basically worst night because I knew what was going to happen and I - I didn't know how I was going to get out of it and just stuff like that, I guess. |
| 329 | Q: | Yeah. |
| 331 | A: | But again you were talking about the conversation. So I remember him I knew what he wanted type thing because of like all the - the messages he would be sending me. I probably like still have some of them, you know, like in the... |
| 335 | Q: | Yeah. |
| 337 | A: | ...archives of Instagram. Um, I don't know if you need, uh, would need them or anything. |
| 340 | Q: | Yeah, that'd be great. |
| 342 | A: | I... |
| 344 | Q: | Yeah, we - I'll write a note down we can come back to that. |
| 346 | A: | Okay. Yeah, I just remember like him sending me messages of like different positions and like different things that like people do and like, "Oh are you ready?" And like, "Oh you'll be fine or like stuff like that." |
| 350 | | And I don't know. |
| 352 | Q: | Yeah. So it was really uncomfortable for you. |
| 354 | A: | Yeah. |
| 356 | Q: | Would you describe the - would you describe the interc- intercourse as consensual? |
| 359 | A: | Um, I don't know if I - not I don't - no, I guess like it's kind of weird because I felt like - I feel like I thought about this a lot... |

Exhibit 6

| | | |
|---|---|---|
| 361 | | |
| 362 | Q: | Yeah. |
| 363 | | |
| 364 | A: | ...and trying to like rationalize not that I was in the wrong,t but like I was like no |
| 365 | | like I guess I did lead him on but like I -I feel like I, uh, always think about this |
| 366 | | and it's so weird that this is like happening because I - I feel like this is like a |
| 367 | | defining, not a defining moment in my life but a defining part... |
| 368 | | |
| 369 | Q: | Sure. |
| 370 | | |
| 371 | A: | ...where it's like - it's like but this was how I was introduced to all of this stuff, |
| 372 | | you know? |
| 373 | | |
| 374 | Q | Yeah. |
| 375 | | |
| 376 | A: | Like all this stuff that's supp- that's like not dreamed about but, you know, that |
| 377 | | like people like human nature, you know? |
| 378 | | |
| 379 | Q: | Yeah, like formative moments... |
| 380 | | |
| 381 | A: | And, um... |
| 382 | | |
| 383 | Q: | ...in your adult in - as a - as an adult we're - we're kind of th- this was the first |
| 384 | | interaction to those, this was the first introduction. |
| 385 | | |
| 386 | A: | Yeah. |
| 387 | | |
| 388 | Q: | Yeah. |
| 389 | | |
| 390 | A: | But, um, but, yeah, I don't know. I don't think it was consensual. I just |
| 391 | | remember saying like I remember being on the couch. And I remember saying |
| 392 | | like, "Oh I don't know like, you know, I don't think we should right now. Like |
| 393 | | I don't know," like, you know, like hesitant like let's not, you know? And him |
| 394 | | being like, "Okay I want to go get the condom." And he runs like to his car I'm |
| 395 | | like sitting there like is this really like about to happen right now like is this |
| 396 | | what - is this what my life is right now? |
| 397 | | |
| 398 | Q: | Yeah. |
| 399 | | |
| 400 | A: | You know? |
| 401 | | |
| 402 | Q: | Yeah. And would you think - would you describe - I don't put words in your |
| 403 | | | mouth but would you describe him as pressuring you to have sex? |
| 404 | | |
| 405 | A: | Yeah. Yeah, definitely and because I know like especially in this generation a |

Exhibit 6

| | | |
|---|---|---|
| 406 | | lot of the pressure can happen through text. |
| 408 | Q: | Yeah. |
| 410 | A: | So I feel like it was very message based like reading like the message constantly being like oh like this is what I'm going to be walking into, you know? |
| 413 | Q: | Yeah. |
| 415 | A: | And then even in person because like I guess, um, I did suck his dick a few times... |
| 418 | Q: | Yeah. |
| 420 | A: | ...because like I don't like a lot of guys like that's what wanted, you know? |
| 422 | Q: | Yeah. |
| 424 | A: | But like he was just like a very sexual person I guess, you know? |
| 426 | Q: | Yeah. |
| 428 | A: | And like I wasn't at the time obviously . |
| 430 | Q: | Yeah. Would you - let me ask you, um, just a couple of details here but was - would you consider, you know, now that you've been away from it for a couple of years would you consider the - the intercourse kind of like normal, or was it aggressive, was it passive, you know, like how would you describe the - the intercourse at that time? |
| 436 | A: | Well okay, so basically, it didn't go on for that long because I was like, "Oh what time is it? And I kind of like left and I was like, you know, so but, I mean, I've had - I've had intercourse but like (unintelligible) and it's definitely it was definitely a different experience. And like I guess being ready for it it's just like - and being I guess like that the whole concept that we're talking about here so... |
| 442 | Q: | Yeah. |
| 444 | A: | ...I think that definitely plays a part in it. |
| 446 | Q: | Yeah. Can I ask you a couple detailed questions? Um... |
| 448 | A: | Yes. |
| 450 | Q: | ...did he ever kind of like bind your hands or pin your hands anywhere like next |

Exhibit 6

| | | |
|---|---|---|
| 451 | | to you, above you or anything like that? |
| 453 | A: | No. |
| 455 | Q: | Okay. Did he ever bite you or do anything like that, like bite your lips, um, bite you anywhere else? |
| 458 | A: | Yeah. Uh, yes like there was I think probably just biting lips but I remember getting hickey's so bad and like not that it was hurting but like like - like I remember coming home with hickey's and I'm like, "Oh my gosh," my mom like said something. And I'm like and he's a - because like there's nothing you can do like during it or after, you know? |
| 464 | Q: | Yeah. |
| 466 | A: | It's like, you know, I couldn't really say stop. I was like I don't kn- I don't know if this is like the - is this how it's supposed to be you know? |
| 469 | Q: | Yeah. And did you say you do remember him biting your lip? |
| 471 | A: | Yeah. |
| 473 | Q: | Yeah. Was it kind of soft... |
| 475 | A: | Yeah. |
| 477 | Q: | ...or hard or how would you describe that? |
| 479 | A: | Um, I think it was definitely harder than it should be. |
| 481 | Q: | Yeah. |
| 483 | A: | I just remember the finger being very abrasive. I remember that... |
| 485 | Q: | Yeah. |
| 487 | A: | ...because I just remember like almost bleeding every time I went home. I don't know how many times we hung out but I think like I only - like I knew him for like 20 weeks or something. It was - it was over the summer so obviously I had a bunch of free time. |
| 492 | Q: | Yeah. |
| 494 | A: | So we would - we hung out like a decent amount of time. |

Exhibit 6

496 Q: Yeah.

498 A: But, um, yeah I just remember it was very abrasive for some parts of it, yeah.

500 Q: Had you ever told him to stop like was he ever doing that stuff and you asked
501    him to stop and he kept going?

503 A: Um, that's - that's a hard question. I don't really remember. I just remember
504    like thinking in my mind I wanted to do something else and maybe trying to like
505    introduce like oh like can go we go or something.

507 Q: Right.

509 A: Because I just remember being in the parking lot in his car in like the parking lot
510    of the ice skating place and being like, "Can - like can we leave? We're literally
511    in a car in public. Like can we like leave, you know?"

513 Q: Right. Right yeah, he just didn't seem to care. Yeah, okay, um, and then the last
514    question I ask you is do you remember him choking you at all or putting his
515    hands around your neck or anything like that?

517 A: Um, I don't think so, no.

519 Q: Okay.

521 A: No. me. Like I never drinking I've never drank before and I remember him like
522    giving me (unintelligible).

524 Q: I'm sorry.

526 A: You know, I'm like I don't know.

528 Q: I - I lost you there a little bit. It got a little bit garbled. Can you say again?

530 A: Okay. So I like I've never drinken before, you know, and I was like, sophomore
531    in high school, you know, and I remember him giving me a glass of wine. And
532    like b- this was like the night before like couch incident, you know...

534 Q: Yeah.

536 A: ...or the night of, not the night before. This was the night of, um, when he
537    wanted to - uh, when we wanted - when he wanted to have sex with me again.

539 Q: Yeah.

Exhibit 6

| | | |
|---|---|---|
| 541 | A: | So this is like the night of, I remember him giving me a glass of wine, um, and |
| 542 | | being - saying something to me like "Don't - this will make it easier," like |
| 543 | | something like that something that's along the lines of like inching towards it |
| 544 | | you know? |
| 545 | | |
| 546 | Q: | Yeah. |
| 547 | | |
| 548 | A: | But I remember that. I definitely remember that like the (unintelligible). |
| 549 | | |
| 550 | Q: | Yeah. Well I'm really - I'm really sorry that you - you had to experience that. |
| 551 | | Um, yeah that really stinks. That's a rough way to get introduced to that kind of |
| 552 | | thing. So... |
| 553 | | |
| 554 | A: | Yeah. |
| 555 | | |
| 556 | Q: | ...um, like y- like I said I found you on Instagram. And so I just looked down |
| 557 | | there real quick and it looks like there's a picture of you on there as a |
| 558 | | valedictorian. Is that accurate? |
| 559 | | |
| 560 | A: | Yeah. |
| 561 | | |
| 562 | Q: | Well God dang man, that's pretty good. |
| 563 | | |
| 564 | A: | Yeah, yeah thank you. |
| 565 | | |
| 566 | Q: | Yeah, so you're - so you're doing pretty good then, huh? |
| 567 | | |
| 568 | A: | Right? |
| 569 | | |
| 570 | Q: | Yeah, I'd say so. |
| 571 | | |
| 572 | A: | Yeah. |
| 573 | | |
| 574 | Q: | What are you going to do after - what are you going to school for? |
| 575 | | |
| 576 | A: | I'm - I go to ███████████████. I'm not sure if you're loc- yeah, so |
| 577 | | you're not local to ███████ right? |
| 578 | | |
| 579 | Q: | No, I live in Montana. |
| 580 | | |
| 581 | A: | Okay. So yeah I got to school about 30 minutes away from where I grew up in |
| 582 | | ██████. And I, um, I really love it. I love college so much. |
| 583 | | |
| 584 | Q: | Yeah. What are you going to go to school for? |
| 585 | | |

Exhibit 6

| | | |
|---|---|---|
| 586 | A: | I'm - I'm majoring in biology. |
| 588 | Q: | Nice. |
| 590 | A: | And I - I hope to minor in environmental education and - and, uh, Spanish. |
| 592 | Q: | Wow. |
| 594 | A: | Yeah. |
| 596 | Q: | That's awesome. Well we - we had talked a - a minute ago and you had said you may still have those messages. Can I - can I... |
| 599 | A: | Yeah. |
| 601 | Q: | ...can I give you - well I think you have my - you have my email and my phone number now. Would you be willing to... |
| 604 | A: | Okay. |
| 606 | Q: | ...kind of take screenshots of those messages and if you had any text messages left too would you send those? |
| 609 | A: | Yes. Yeah. |
| 611 | Q: | Um... |
| 613 | A: | So you would prefer it through like your - your - your number? |
| 615 | Q: | Yeah. Well you could do whatever is convenient for you. You know, if you screenshot it and text to - to me that's fine. If you screenshot it and want to email it that's fine whatever is convenient for you. |
| 619 | A: | Okay. |
| 621 | Q: | You know, you're - you're probably... |
| 623 | A: | Okay. |
| 625 | Q: | ...you're probably a lot more tech savvy than I am at your age so, um, the - the last question I had for you is, uh, did (Cody) ever write you like any kind of handwritten letters or anything like that? |
| 629 | A: | That is so weird. I was - I was going to bring that up but, um, yeah, he did. He wrote me, um, like an apology letter I guess and gave me like an old, not an old |

Exhibit 6

| | | |
|---|---|---|
| 631 | | Starbucks cup but it was like an old Starbucks cup like an old old reusable one... |
| 633 | Q: | Okay. |
| 635 | A: | ...you know it was like scratched up I guess as like a present. But yeah, if you need... |
| 638 | Q: | Okay. |
| 640 | A: | ...that too... |
| 642 | Q: | Do you have it? |
| 644 | A: | ...or I can send you a picture of that. |
| 646 | Q: | Yeah, do you have it? |
| 648 | A: | I have it at home and I'll be home in like a few days so.... |
| 650 | Q: | Yeah, it'd be awesome. What did it apologize for? |
| 652 | A: | Um, I guess I honestly forgot what it said. But I remember like getting it in the mail and being like, "Oh my gosh, like what is this?" Like it was so bizarre. |
| 655 | Q: | Old - old Starbucks cup. |
| 657 | A: | I remember like yeah, it was so weird. And I'm like, "What is happening right now? Like what is my life," so... |
| 660 | Q: | That's funny. Yeah. |
| 662 | A: | Yeah, I guess he was just like a apologizing and like, "Oh like I - I remember it saying like opposites attract. Like I know we're so different but opposites attract." It was like very cheesy very like, oh yeah. |
| 666 | Q: | Yeah, yeah. |
| 668 | A: | Um, but uh, what else did it say? It's just like, "Hopefully we can not meet again in the future, but like hopefully our paths will cross," I don't know. But I'll - I'll definitely send it to you. |
| 672 | Q: | Yeah. So just to clarify how old were you when you guys were dating 16, 17? |
| 674 | A: | Um, I was prob- well Okay so let me - so if I'm - I'm 19 now so 19, 18 I was probably seven - or 16. |

Exhibit 6

| | | |
|---|---|---|
| 677 | Q: | Okay and how old was he? |
| 679 | A: | He was I think two years older than me. I think he was 18. I remember him being like I think he was an adult. |
| 682 | Q: | Okay. |
| 684 | A: | I can go - I can like make sure, you know... |
| 686 | Q: | Yeah. |
| 688 | A: | ...and like because it wouldn't - because I don't want to like say he was an adult and I was a minor like it wasn't. But, um, let me - okay, so if it's - if I'm 19, 18, 17, probably, uh, 16. |
| 692 | Q: | Okay. |
| 694 | A: | I was 16. |
| 696 | Q: | Yeah. Okay well yeah, let me, you know, if you go back and you're willing to I know it's probably not convenient or - or really fun for you but if you're willing to go back into those messages and - and give me some pictures of those and if you're - if you find that apology letter that'd be really helpful. |
| 701 | A: | Oh yeah. I have no problem doing that like this is for a good cause, you know? |
| 703 | Q: | Yeah abso- I think so too. So thank you for that, yeah. Well if you think of anything else or you want to talk about anything else or, you know, you're sitting there thinking about this stuff later tonight, you know, feel free to reach out to me. You have my email and my cell phone. My cell phone's always with me. So, you know, just feel free to reach out no matter what okay? |
| 709 | A: | Okay yeah, I might call you later so... |
| 711 | Q: | Okay. |
| 713 | A: | ...I'll definitely let you know if I think of anything too, if anything comes back because like now that I'm thinking about it like I'm starting to think of like, you know, more things, you know, so... |
| 717 | Q: | Totally. Yeah sometimes it helps to write it down just so you can remember all this stuff... |
| 720 | A: | Yeah. |

Exhibit 6

| | | |
|---|---|---|
| 721 | | |
| 722 | Q: | Well thank you TG I appreciate you. And good luck in college here... |
| 723 | | |
| 724 | A: | It was very nice talking to you. |
| 725 | | |
| 726 | Q: | Yeah, you too. And I hope I hear from you again here shortly. |
| 727 | | |
| 728 | A: | Yeah, for sure. |
| 729 | | |
| 730 | Q: | All right thank you ma'am. |
| 731 | | |
| 732 | A: | All right good, have a good day. |
| 733 | | |
| 734 | Q: | You too bye. End of interview at 10:38. |

737 The transcript has been reviewed with the audio recording submitted and it is an accurate
738 transcription.
739 Signed_____

Exhibit 6