**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CODY DONOVAN SMITH,<br><br>                Defendant. | Criminal No. 20-CR-45-F |

**ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 413 AND 404(b)**

      **THIS MATTER** having come before the court pursuant to the Supplemental Notice of Government's Intention to Offer Evidence Pursuant to Federal Rules of Evidence 413 and 404(b) and Motion in Limine Admit Evidence, and the court being fully advised,

      **IT IS HEREBY ORDERED** that the evidence as described in the government's supplemental notice and motion is admissible at trial under Federal Rule of Evidence 413 and 404(b) for the reasons stated in the government's supplemental notice and motion.

      **DATED** this _____ day of April, 2021.

_____<br>
NANCY D. FREUDENTHAL<br>
UNITED STATES DISTRICT COURT JUDGE
