<span style="color:red">EXHIBIT 1</span>

# BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Raul Nunez, hereby declare:

1. I am employed by Apple Inc. ("Apple") as a Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple located in Cupertino, California. As such I have the authority to certify these records APL000001_APPLE CONFIDENTIAL through APL000002_APPLE CONFIDENTIAL and APLiC000001_APPLE CONFIDENTIAL through APLiC000002_APPLE CONFIDENTIAL produced on June 1, 2020 in response to a search warrant served on Apple on May 20, 2020. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple.

3. The records contain Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username(s) runfast1217@gmail.com ("Backup Records").

4. These records were made at or near the time of the occurrence of the matters set forth in the records;

5. With regard to the Backup Records, the aforementioned Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

6. These records were kept in the course of the regularly conducted activity; and,

7. These records were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

EXHIBIT 1

DATED:  June 1, 2020  **APPLE INC.**

By: _____
Name:  Raul Nunez
Title: Legal Specialist Contractor, Apple Inc.