# EXHIBIT 2



VERIZON SECURITY COURT ORDER COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921
Phone: 800-451-5242 Fax:888-667-0026

February 6, 2020

United States Department of the Interior
National Park Service
North Central Office, P.O. Box 168, Yellowstone National Park, WY, 82190

**Verizon Case #: 190303570**
**Docket / File #:**  Case No. 20SM-11-MLC

State of New Jersey

ss:

City of Bedminster


I, Rabiyah Black, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached 13 electronic files of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.


 /s/ Rabiyah Black