<p style="text-align:center; color:red">EXHIBIT 3</p>



## CERTIFICATION PURSUANT TO RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE AND 28 U.S.C. § 1746

Pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence and subject to the penalties for perjury under 28 U.S.C. § 1746, I hereby certify, to the best of my knowledge, information, and belief, that:

My name is Tammy Roth. I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

I am in receipt of a legal demand requesting specified records of the business named below. This certification is for documents provided on 02/14/2020 for the following number: **9729848271** in regards to Sprint case number 2020-029524. I hereby certify that the records attached hereto:

1. were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

Executed on 02/14/2020.

*Tammy Roth* (signature)

_____
Tammy Roth
Subpoena Compliance Analyst
Sprint