EXHIBIT 4

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Laurie Braddock**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **Match Group, LLC** and my title is **Senior Director, Legal Affairs**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **Match Group, LLC which owns and operates the Tinder site and app ("Tinder").** The attached records consist of **38 pages.** I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **Tinder,** and they were made by **Tinder** as a regular practice; and

    b.    such records were generated by **Tinder's** electronic process or system, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Tinder;**

        2.    I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

2/3/2020
Date

*Laurie Braddock*
Laurie Braddock