EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CODY DONOVAN SMITH,<br><br>        Defendant. | Criminal No. 20-CR-45-F |

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE AND STORAGE MEDIUM PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) AND 902(14)**

I, James Stevens, declare as follows:

1.    I am an IT Specialist-Forensic Examiner with the Federal Bureau of Investigation. I have knowledge of the facts set forth herein and, pursuant to 28 U.S.C. 1746, could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    I have been assigned to the Federal Bureau of Investigation Rocky Mountain Regional Computer Forensics Lab (RMRCFL), since January 2008. I was certified by the FBI's Computer Analysis Response Team (CART) as a Forensic Examiner on June 15, 2009, based on completing courses of instruction and otherwise satisfying prerequisites of knowledge, experience, and professional skill. I have received hundreds of hours of training related to digital forensics and have passed all of the exams, when offered, related to those trainings. In the course of my career, I have processed hundreds of digital evidence items to include forensic images and extractions of digital devices to include images of computers and extractions of mobile devices such as cellular phones.

3.    I am qualified to authenticate the data acquisition referenced in this paragraph because of my experience and training and because I acquired data from the item listed below:

EXHIBIT 5

| Device | Sha256 Hash Value | Device Name |
|---|---|---|
| **Apple iPhone 8** serial number: **F4GW5MBPJC6C** | File name: 98c49af0b7874ea5826aab01fd5de7ff8afab452_files_full-exte.zip<br><br>Sha 256 computed hash value 8/20/20: **3a07713400e6ae7bdd797a218b33dc41591f44b5cde2a5be89a971987617055c**<br><br>The hash value verified prior to decoding and digital report generation 8/20/20: **3a07713400e6ae7bdd797a218b33dc41591f44b5cde2a5be89a971987617055c** | Cody Smiths iPhone |

4.   The data acquisition file mentioned above is an accurate representation of the data contained on the original device. I also viewed the data on the phone and confirmed it was consistent with the data contained in the extraction report.

5.   The extraction file identified above was made after the device was seized, using a specialized forensic tool. In my training, experience, and testing and validation performed by RMRCFL, this forensic software and hardware creates an accurate and reliable acquisition of digital devices, and I have regularly relied on this forensic software and hardware to create accurate and reliable data extractions of mobile devices.

6.   When data is extracted from a mobile device, a computed hash value and verification hash was obtained to confirm that the data extraction file was an accurate and reliable representation of the original device. A hash is a mathematical algorithm that is utilized to establish and verify the integrity of electronic evidence.

7.   Based on my training, experience, and regular use of the tools and methods of acquiring data from mobile devices described above, I know that the data acquisition process created an accurate representation of the original device.

8.   I further state that this certification is intended to satisfy Rules 902(11) and 902(14) of the Federal Rules of Evidence.

EXHIBIT 5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Centennial, Colorado, on April_8_, 2021.

*James Stevens*

_____

James Stevens