# CURRICULUM VITAE OF H. SCOTT TUCKER

## Contact Information
Name: H. Scott Tucker
Email: scott.tucker@aptegra.com
Office Telephone: (801) 999-8171
Mobile Telephone: (801) 930-0339

## Experience

**Aptegra Consulting, LLC**  Lehi, UT  2005-Present
*President*
- President of firm offering digital forensics and Information Technology consulting
- Certified Mobile Forensics Examiner (CMFE)
- Oxygen Forensic Certified Instructor (OFCI)
- OS Forensics Certified Examiner (OSFCE)
- Certified Computer Forensics Examiner (CCFE)
- Certified Information Systems Security Professional (CISSP)
- Adjunct instructor of *Digital Forensics* (IS 6571) in the University of Utah's MS IS program
- Experienced in smartphone and computer data collection, data recovery, file system and internal document metadata analysis, Windows registry analysis, and email/file system search
- Experienced in working within stipulations, protective orders, and negotiated discovery protocols to ensure privacy of non-case-related data
- Experienced with deposition testimony and creating expert reports and rebuttals

**Classes and Presentations Presented**
- 2020 Adjunct instructor: *Digital Forensics* (IS 6571) University of Utah
- 2019 Adjunct instructor: *Digital Forensics* (IS 6571) University of Utah
- 2019 *SQLite Databases*, Computer Technology Investigator's Network (CTIN) Annual Conference 2019, Redmond WA
- 2018 Instructor: Oxygen Forensic Complete Course presented to High Intensity Drug Trafficking Area (HIDTA) Task Force members, Phoenix, AZ
- 2018 Adjunct instructor: *Digital Forensics* (IS 6571) University of Utah
- 2018 *Cyberlaw Symposium*, Keynote Speaker: *Case Studies in Digital Forensics*, Utah State Bar Association, Cyberlaw Section, Lehi, Utah
- 2017 *Scope and Future of Digital Forensics* panel discussion, Data Security Council of India (DSCI) Annual Information Security Summit, Delhi, India.
- 2017 Adjunct instructor: *Digital Forensics* (IS 6571), University of Utah
- 2017 *SQLite Forensics: A Case Study*, Computer Technology Investigator's Network (CTIN) Annual Conference 2017, Redmond WA
- 2017 *Email Forensics: A Case Study*, Computer Technology Investigator's Network (CTIN) Annual Conference 2017, Bellevue WA
- 2016 *Secure by Design* panel discussion, Enigma'16 Cyber Security Conference, Symbiosis Centre for Information Technology, Pune, India
- 2016 Adjunct instructor: *Digital Forensics* (IS 6571), University of Utah

- 2015 *Navigating the Changing Landscape of Digital Forensics,* Executive Summit, American College of Forensic Examiners Institute, Santa Barbara, CA
- 2015 Adjunct instructor: *Digital Forensics* (IS 6571), University of Utah
- 2014 Utah State Bar Association Fall Forum presentation (with Hon. David Nuffer) entitled *Yours, Mine and Ours*
- 2014 Adjunct instructor: *Digital Forensics* (IS 6571), University of Utah
- 2013 Adjunct instructor: *IT Security* (IS 6570) and *IT Forensics* (IS 6571), University of Utah
- 2012 Adjunct instructor: *IT Forensics* (IS 6571), University of Utah

**Certifications and Professional Organizations**
- Certified Mobile Forensics Examiner (CMFE), Information Assurance Certification Review Board (IACRB)
- Oxygen Forensic Certified Instructor (OFCI), Oxygen Forensics, Inc.
- OS Forensics Certified Examiner (OSFCE), Passmark Software Pty Ltd
- Oxygen Forensic Detective Expert User, Oxygen Forensics, Inc.
- Certified Computer Forensics Examiner (CCFE), Information Assurance Certification Review Board (IACRB)
- Member, Board of Directors, Computer Technology Investigators Network (CTIN)
- Certified Information Systems Security Professional (CISSP), International Information Systems Security Certification Consortium (ISC)2
- Oxygen Forensic Suite User Certification, PATCtech
- A+ Certification, CompTIA

**Prior Testimony in the Past 4 Years**
- 5/20/2020 Vox Marketing Group, LLC vs. Prodigy Promos L.C., et al, Case No. 2:18-cv-00632-HCN-PMW, United States District Court for the District of Utah
- 3/12/2020 Data Engine Technologies LLC vs. Google LLC, C.A. Case No. 14-1115 (LPS), United States District Court for the District of Delaware
- 1/17/2020 Matthew Corry vs. Steven Simper, M.D., et al, Case No. 180903488, State of Utah Third Judicial Court, Salt Lake County
- 12/5/2019 Youngevity International Corp., et al. vs. Todd Smith, et al., Case No. 3:16-CV-704-BTM-JLB, United States District Court for the Southern District of California
- 11/18/2019 Siolemi Mafua vs. Kent McKenzie, Kloepfer, Inc., et al., Civil No. 1:18-cv-00064-HCN-EJF, United States District Court for the District of Utah
- 5/2/2017 Diversified Maintenance System vs. Hill, Civil No. 170902240, State of Utah Third Judicial Court, Salt Lake County

**Conferences, Seminars, and Training Attended**
- 9/21/2020-9/22/2020 Paraben's Forensic Innovations Conference (Online)
- 7/27/2020-8/3/2020 Autopsy Basics and Hands On Training, Online Class
- 6/1/2020-6/5/2020 Oxygen Forensics Train the Trainer, Live Online Class
- 2/3/2020-2/6/2020 Oxygen Forensic Mobile Extraction Class, Salt Lake City, UT
- 11/5/2019-11/7/2019 Oxygen Forensic Detective Boot Camp, Las Vegas NV
- 9/10/2019-9/12/2019 Paraben's Forensic Innovations Conference, Park City, UT
- 5/22/2019-5/24/2019 Computer Technology Investigators Network Conference, Redmond, WA
- 9/5/2018-9/6/2018 Paraben's Forensic Innovations Conference, Park City, UT
- 4/12/2017-4/14/2017 Computer Technology Investigators Network Conference, Redmond, WA

- 8/14/2015 Mangrum and Benson on Expert Testimony in Utah State and Federal Courts, Salt Lake City, UT
- 3/16/2015-3/18/2015 Computer Technology Investigators Network Conference, Seattle, WA
- 3/2/2015-3/3/2015 X-Ways Forensics II Course, Washington, DC
- 11/12/2014-11/14/2014 Paraben's Forensic Innovations Conference, Snowbird, UT
- 10/23/2014-10/24/2014 Oxygen User Conference and Training, Las Vegas, NV
- 7/8/2014-7/22/2014 X-Ways Forensics Practitioner's Guide Online Course I
- 5/19/2014-5/22/2014 Computer and Enterprise Investigations Conference, Las Vegas, NV
- 11/13/2013-11/15/2013 Paraben's Forensic Innovations Conference, Snowbird, UT
- 9/26/2013 Intermountain eDiscovery Conference, Salt Lake City, UT
- 5/19/2013-5/22/2013 Computer and Enterprise Investigations Conference, Orlando, FL
- 4/22/2013-4/25/2013 AccessData User Conference, Las Vegas, NV
- 11/3/2012-11/6/2012 Paraben's Forensic Innovations Conference, Park City, UT
- 9/13/2012 Intermountain eDiscovery Conference, Salt Lake City, UT
- 5/8/2012-5/10/2012 AccessData User Conference, Las Vegas, NV
- 5/21/2012-5/24/2012 Computer and Enterprise Investigations Conference, Las Vegas, NV
- 4/25/2012 NBI: Evidence and Expert Testimony Best Practices, Salt Lake City, UT
- 3/25/2012-4/1/2012 ACFEI Effective & Credible Expert Witness Testimony, Ft. Lauderdale, FL
- 11/5/2011-11/9/2011 Paraben's Forensic Innovations Conference, Park City, UT
- 11/15/2010-11/17/2010 X-Ways Forensics Software Training, Reston, VA
- 11/7/2010-11/10/2010 Paraben's Forensic Innovations Conference, Park City, UT
- 10/25/2010-10/26/2010 TechnoForensics Conference, NIST Headquarters, Gaithersburg, MD
- 9/24/2010 Intermountain eDiscovery Conference, Salt Lake City, UT
- 1/28/2007-1/31/2007 IFIP WG 11.9 International Conference on Digital Forensics, National Center for Forensic Science, UCF, Orlando, FL

**Publications**

- *Protecting Data from Threats Far and Near*, Attorney at Law Magazine, Greater Salt Lake City Edition Vol. 6, No. 1. See http://bit.ly/hst-protectingdatafarandnear
- *I Think our Email Has Been Hacked!* Attorney at Law Magazine, Greater Salt Lake City Edition Vol. 4, No. 1. See http://bit.ly/hst-emailhacked
- *Exif: It's Just Metadata,* Attorney at Law Magazine, Greater Salt Lake City Edition Vol. 2, No. 1. See http://bit.ly/hst-exifitsjustmetadata
- *BYOD: Bring Your Own Discovery,* Attorney at Law Magazine, Greater Salt Lake City Edition Vol. 1, No. 2. See http://bit.ly/hst-bringyourowndiscovery
- *Smartphones are Everywhere,* Attorney at Law Magazine, Greater Salt Lake City Edition Vol. 1, No. 1. See http://bit.ly/hst-smartphones
- Principal contributor to the Computer History Museum's 2004 oral history entitled *PC Software Workshop: Lotus 1-2-3*. See www.computerhistory.org/collections/catalog/102658156

**Tiens Group, LLC**                                Midvale, UT                              2017
*acting CIO*
- While a contractor, acted as Chief Information Officer of a direct selling startup, a US subsidiary of a Chinese multinational conglomerate. (See http://tiens-us.com)
- Supervised setup of IT infrastructure, including network, computers, printers, telephone system, domain name, Google Suite, Office 365, and other online services.

**SkillRazor, LLC**                                 Draper, UT                               2008-2009

*CTO, acting COO*
- While a contractor, acted as general manager of a software startup specializing in online education and coaching within a custom-built social network built using Ruby on Rails
- Broad responsibilities, including overall strategy, marketing (positioning and messaging), finance (budget and forecast), and software development management
- Using agile processes, led the development team from concept to release in under a year

**KMT Software, Inc.**               Cambridge, MA               1992-2005
*Chief Technical Officer*
- After being retained as an expert witness in Caldera vs. Microsoft (DR-DOS), 1998-2001, I established a software development team in Pune, India, eventually employing 30+ developers
- Managed the development of dozens of end-user software products, including HP's *Real Estate Marketing Assistant,* Corel's *WordPerfect OfficeReady*, and TemplateZone's *High Impact eMail*
- Relationship manager for some of KMT's most valued clients, including Hewlett-Packard and Corel. Managed several custom projects from brainstorming to completed development
- Author or co-author of the following books:
  - The Winning Forms series (e.g., ISBN 0679742921)
  - Excel Power Toolkit (ISBN 1566046572)
  - Lotus 1-2-3 Power Tools (ISBN 055334966X)

*Vice President*
- Co-founder and principal software developer, using VB, InstallShield script, and Windows API
- Contributed to all major office products, including MS Works, StarOffice (OpenOffice.org), Quattro Pro, Corel Office; principal developer of the 1-2-3 SmartMasters technology
- Designed and programmed a custom budget system for a major Boston healthcare firm
- Conducted technical seminars on creating SmartMasters for Lotus 1-2-3 Release 5
- As a consultant to Lotus, completed a 30-city U.S./Latin America tour introducing Lotus 1-2-3 Release 5

**Lotus Development Corp.**               Cambridge, MA               1985-1992
*Director of Product Development, Spreadsheet Division*
- Managed a team responsible for all external interfaces to Lotus spreadsheet products, including user interface, localization, setup, file format, add-ins, and programmability
- Responsibilities included all OS platforms, including Windows, OS/2, DOS, and Unix/Solaris
- 1986-1992 Speaker at annual Developer Conferences by Lotus Development Corporation
- Author or co-author of the following books:
  - Lotus Guide to Spreadsheet Publishing (ISBN 0135393132)
  - Inside Lotus 1-2-3 Macros (ISBN 0134679784)
  - The Illustrated Symphony Book (ISBN 0915381885)

*Director, Consulting Division*
- Helped incubate Lotus's consulting division
- Consulted to several major Lotus clients, including Sears and Owens-Corning

*1-2-3 Product Manager*
- Responsible for the product marketing function of Lotus 1-2-3 (strategy, messaging); later assigned to lead the design of the next major releases of Lotus 1-2-3

- Performed extensive field research to determine needs and to establish relationships with key customers (e.g., originated and managed product councils and alpha program)
- Principal designer of Lotus 1-2-3 Releases 2.2 and 3.0
- Co-inventor of US Patent 5,312,478 on the 3D Spreadsheet, filed 4/11/90

*Manager of Developer Marketing*
- Wrote a developer newsletter, with emphasis on maintaining compatibility with new releases
- Managed publication of a book on document file formats and the Add-in Toolkit
- Organized Lotus's first annual developer conference in 1986

**OptionWare, Inc.**              Hartford, CT              1983-1985
*Various positions leading to Director, R&D*
- Lead developer and manager of a team that created a library of business applications
- Early user of email and pre-internet technologies (e.g., Compuserve, RBBS-PC)
- Consulted to Mosaic and Paperback Software on compatibility of "clone" spreadsheets

# Education

**Brigham Young University**              Provo, UT              1983
- Master of Business Administration, Finance

Dean's List (Top 5%), Beta Gamma Sigma, Phi Kappa Phi

**Dalhousie University**              Halifax, NS, Canada              1981
- Bachelor of Commerce, Marketing

# Community Service

**Hearts Knit Together, a 501(c)(3) organization**              2015-Present

Hearts Knit Together (heartsknittogether.org) is a non-profit organization that delivers much-needed personal items to those escaping domestic violence, sexual abuse, or war. Volunteers collect, craft, and assemble kits which include hygiene items, toys, games, puzzles, clothing and stuffed animals for the children. These kits are distributed through violence shelters, victim support centers, and refugee organizations, to children and adults across the state of Utah. Its mission is to offer joy and order in the lives of those in our community who need it the most.

*Member, Board of Directors*
- Helped register HKT as a 501(c)(3) entity
- Established IT infrastructure, including registering the domain name and setting up Google Suite and Facebook accounts