# NP19156262 - Sexual Assault



Victim's bra (front) from the night of the incident. Bra size 34B.
IMG_0001
2019-09-16 12:38



Victim's bra (back) from the night of the incident. Bra size 34B.
IMG_0002
2019-09-16 12:39



Victim's hooded sweatshirt (front) from the night of the incident. Hooded sweatshirt is sized medium and is Gildan brand.
IMG_0003
2019-09-16 12:41



Victim's hooded sweatshirt (back) from the night of the incident. Hooded sweatshirt is sized medium and is Gildan brand.
IMG_0004
2019-09-16 12:42

Exhibit A



Victim's shorts (front) from the night of the incident. Shorts are sized medium and Nike (Dri-Fit) brand.
IMG_0005
2019-09-16 12:44



Victim's shorts (back) from the night of the incident. Shorts are sized medium and Nike (Dri-Fit) brand.
IMG_0006
2019-09-16 12:44



Victim's shorts (inside front) from the night of the incident. Shorts are sized medium and Nike (Dri-Fit) brand. Note possible blood or fecal stains at the bottom of the turquoise liner.
IMG_0007
2019-09-16 12:45



Victim's shorts (inside back) from the night of the incident. Shorts are sized medium and Nike (Dri-Fit) brand. Note possible blood or fecal stains at the middle and middle bottom of the turquoise liner.
IMG_0008
2019-09-16 12:45

# NP19156262 - Sexual Assault



Victim's shorts (inside back) from the night of the incident. Close up photo of possible blood or fecal stains.
IMG_0009
2019-09-16 12:46



Victim's shorts (inside front) from the night of the incident. Close up photo of possible blood or fecal stains.
IMG_0010
2019-09-16 12:46



Victim's underwear (front) from the night of the incident. Underwear are sized 16 and Hanes brand. Note possible blood or fecal stains near the bottom of the underwear.
IMG_0011
2019-09-16 12:47



Victim's underwear (back) from the night of the incident. Underwear are sized 16 and Hanes brand. Note possible blood or fecal stains near the middle and middle bottom of the underwear.
IMG_0012
2019-09-16 12:48

# NP19156262 - Sexual Assault



Victim's underwear (back) from the night of the incident. Close up of possible blood or fecal stains near the middle and middle bottom of the underwear.
IMG_0013
2019-09-16 12:48



Victim's underwear (front) from the night of the incident. Close up of possible blood or fecal stains near the bottom of the underwear.
IMG_0014
2019-09-16 12:48



Victim's underwear (inside back) from the night of the incident. Underwear are sized 16 and Hanes brand. Note possible blood or fecal stains near the middle and middle bottom of the underwear.
IMG_0015
2019-09-16 12:49



Victim's underwear (inside front) from the night of the incident. Underwear are sized 16 and Hanes brand. Note possible blood or fecal stains near the bottom of the underwear.
IMG_0016
2019-09-16 12:49

# NP19156262 - Sexual Assault



Victim's underwear (inside front) from the night of the incident. Close up of possible blood or fecal stains near the bottom of the underwear.
IMG_0017
2019-09-16 12:49



Victim's underwear (inside back) from the night of the incident. Close up of possible blood or fecal stains near the middle and middle bottom of the underwear.
IMG_0018
2019-09-16 12:50



Plastic bag that contained the clothes from the victim. Victim placed clothes in the bag prior to giving them to victim advocate Melissa Skeet.
IMG_0019
2019-09-16 12:51



Ruler used in photos. Ruler is in millimeters (mm) and goes up to 300mm on the long axis and 150mm on the short axis.
IMG_0020
2019-09-16 12:53