**MARK GORDON**
Governor

OFFICE OF THE

**BRIDGET L. HILL**
Attorney General

# ATTORNEY GENERAL
## DIVISION OF CRIMINAL INVESTIGATION
**208 S. COLLEGE DRIVE**     **CHEYENNE, WYOMING 82002-0150**

**Forrest C. Williams**
**Interim Director**

| ADMINISTRATION | INVESTIGATIONS | CRIME LABORATORY | CRIMINAL INTELLIGENCE | CRIMINAL RECORDS INFORMATION |
|---|---|---|---|---|
| (307)777-7181 | (307)777-7183 | (307)777-7607 | (307)777-7184 | (307)777-7523 |
| FAX (307)777-7252 | | | | (307)777-7545(Telecom) |

## LABORATORY EXAMINATION REPORT

April 22, 2020

Jake Olson
US Yellowstone National Park
PO Box 168
Yellowstone National Park, Wyoming
82190

Laboratory Case Number:
**20L0275**

Agency Case Number:
**NP19156262**

### ITEMS EXAMINED:

| Lab Item# | Agency Item# | Description |
|---|---|---|
| 1 | 1 | One (1) bra |
| 1.1 | 1 | Two (2) swabs from tan bra - outside |
| 1.2 | 1 | Two (2) swabs from tan bra - inside |
| 2 | 2 | One (1) pair of Hanes underwear |
| 3 | 3 | One (1) black hooded sweatshirt |
| 3.1 | 3 | Two (2) swabs from front/outside chest area of black sweatshirt |
| 4 | 4 | One (1) pair of Nike shorts |

### RESULTS OF SEROLOGICAL ANALYSIS:

Biological fluid examination was conducted with presumptive and/or confirmatory tests for biological materials and revealed the following:

A presumptive chemical test did not indicate the possible presence of acid phosphatase, a component of seminal fluid, on the underwear (Item 2), sweatshirt (Item 3), or shorts (Item 4).

Possible biological material was not visually indicated on the bra (Item 1) using an alternate light source.

### RESULTS OF DNA ANALYSIS:

In the DNA analysis detailed below, the following Short Tandem Repeat (STR) loci were analyzed using Polymerase Chain Reaction (PCR): D3S1358, vWA, D16S539, CSF1PO, TPOX, D8S1179, D21S11, D18S51, DYS391, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, D2S1338, Y Indel and Amelogenin.

Exhibit B

Jake Olson
US Yellowstone National Park
Laboratory Case Number: 20L0275
Agency Case Number: NP19156262

### RESULTS OF DNA ANALYSIS (CONTINUED):

The DNA profiles obtained from the swabs (Items 1.1, 1.2, and 3.1) demonstrated the presence of mixtures. One distinct female profile was detected.

The DNA profiles obtained from the swabs (Items 1.1, 1.2, and 3.1) did not meet the requirements for submission to the Wyoming State DNA Database.

### DISPOSITION OF EVIDENCE:

The items of evidence referred to in this report will be returned to the submitting agency upon completion of testing.

### ADDITIONAL INFORMATION:

This report contains the conclusions, opinions, and interpretations of the analyst whose signature appears on this report. The results relate only to the items tested.

*Kimberly Ley*

Kimberly A. Ley
Forensic Analyst
(307) 777-8022
kim.ley@wyo.gov

MARK GORDON  
Governor

OFFICE OF THE

BRIDGET L. HILL  
Attorney General

# ATTORNEY GENERAL
## DIVISION OF CRIMINAL INVESTIGATION
208 S. COLLEGE DRIVE     CHEYENNE, WYOMING 82002-0150

**Forrest C. Williams**  
**Interim Director**

| ADMINISTRATION | INVESTIGATIONS | CRIME LABORATORY | CRIMINAL INTELLIGENCE | CRIMINAL RECORDS INFORMATION |
|---|---|---|---|---|
| (307)777-7181 | (307)777-7183 | (307)777-7607 | (307)777-7184 | (307)777-7523 |
| FAX (307)777-7252 | | | | (307)777-7545(Telecom) |

# LABORATORY EXAMINATION REPORT

April 21, 2020

Jake Olson  
US Yellowstone National Park  
PO Box 168  
Yellowstone National Park, Wyoming  
82190

Laboratory Case Number:  
**20L0275**  
Agency Case Number:  
**NP19156262**

## ITEMS EXAMINED:

| Lab Item# | Agency Item# | Description |
|---|---|---|
| 1.1 | 1 | Two (2) swabs from tan bra - outside |
| 1.2 | 1 | Two (2) swabs from tan bra - inside |

## RESULTS OF Y-STR DNA ANALYSIS:

In the DNA analysis detailed below, the following Y-chromosome Short Tandem Repeat (Y-STR) loci were analyzed using Polymerase Chain Reaction (PCR): DYS576, DYS389I, DYS635, DYS389II, DYS627, DYS460, DYS458, DYS19, YGATAH4, DYS448, DYS391, DYS456, DYS390, DYS438, DYS392, DYS518, DYS570, DYS437, DYS385a/b, DYS449, DYS393, DYS439, DYS481, DYF387S1 and DYS533.

Y-STR examination is male-specific, as the Y-chromosome is solely inherited by males. Regions of the Y-chromosome analyzed by the Wyoming State Crime Lab are normally identical amongst paternal male relatives (e.g. parent-offspring, full siblings, grandchild-grandparent, etc…). If applicable, reported consistencies will include all paternal male relatives of a subject.

The swabs (Item 1.1) failed to demonstrate a DNA profile due to an insufficient quantity of male DNA, possible sample degradation and/or possible PCR inhibition.

A partial DNA profile was obtained from the swabs (Item 1.2), however the profile is unsuitable for comparison due to a result too weak to reliably interpret.

The partial DNA profile obtained from the swabs (Item 1.2) did not meet the requirements for submission to the Wyoming State DNA Database.

Jake Olson
US Yellowstone National Park
Laboratory Case Number: 20L0275
Agency Case Number: NP19156262

**DISPOSITION OF EVIDENCE:**

The items of evidence referred to in this report will be returned to the submitting agency upon completion of testing.

**ADDITIONAL INFORMATION:**

This report contains the conclusions, opinions, and interpretations of the analyst whose signature appears on this report. The results relate only to the items tested.

*Kimberly Ley*

Kimberly A. Ley
Forensic Analyst
(307) 777-8022
kim.ley@wyo.gov