# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 1:20-cr-45-NDF |
| CODY DONOVAN SMITH, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TANGIBLE EVIDENCE, PHOTOGRAPHS, AND TESTIMONY REGARDING THE SAME

THIS MATTER having come before the Court on the *Defendant's Motion In Limine* and the Court having reviewed the matter, being fully advised, and good cause appearing therefor:

IT IS HEREBY ORDERED that *Defendant's Motion In Limine to Exclude Tangible Evidence, Photographs, and Testimony Regarding the Same* is granted and such evidence is hereby excluded

ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
U.S. District Court Judge