
# United States District Court
## For The District of Wyoming

### Nancy D. Freudenthal, United States District Judge

---

Abby Logan, Courtroom Deputy
Jan Davis, Court Reporter

May 10, 2021
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Christyne Martens/Nicole Romine |
| vs. | Case No: 20-CR-45-F |
| CODY DONOVAN SMITH | Defendant's Attorney: |
| Defendant. | Alex Freeburg/Jeremy Hugus |

---

### COURTROOM MINUTES
### JURY TRIAL DAY 1

---

8:35 a.m. - 9:21 a.m.  Pretrial matters discussed in with counsel.  Motion to Reconsider denied by the Court.

10:09 a.m.  Court begins.  The Judge leads the courtroom in the Pledge of Allegiance.

10:11 a.m.  Opening remarks by the Judge to the potential jurors.

10:12 a.m.  Roll call taken by the Courtroom Deputy.

10:14 a.m.  Courtroom Deputy issues oath to potential jurors to answer qualifying questions.

10:15 a.m.  Qualifying questions asked by the Judge of the potential jurors.

10:18 a.m.  All jurors deemed qualified by the Judge.  Courtroom Deputy issues oath to potential jurors to qualify them as to the cause now in hearing.

| | |
|---|---|
| 10:19 a.m. | The Judge introduces herself and her court staff to potential jurors. She explains the voir dire process to the potential jurors. |
| 10:35 a.m. | The Judge gives a brief overview of this case to the potential jurors and ask if anyone has any conflicts with this case in particular. |
| 10:36 a.m. | Christyne Martens introduces herself and those seated at counsel table with her. She also lists her witnesses in this case who are from Wyoming. |
| 10:39 a.m. | Alex Freeburg introduces himself and those seated at counsel table with him. He also lists his witnesses in this case who are from Wyoming. |
| 10:41 a.m. | Potential jurors introduce themselves. |
| 10:55 a.m. | Voir dire by the Judge. |
| 10:59 a.m. | Side bar held with a potential juror. |
| 11:03 a.m. | Court resumes. Voir dire continues. |
| 11:05 a.m. | Side bar held with a potential juror. |
| 11:06 a.m. | Court resumes. Voir dire continues. |
| 11:20 a.m. | Voir dire by Christyne Martens for the Government. |
| 11:38 a.m. | Voir dire by Jeremy Hugus for the Defendant. |
| 11:54 a.m. | Side bar held with counsel. |
| 11:55 a.m. | Court resumes. Peremptory Challenge Rounds 1 and 2. |
| 12:03 p.m. | Side bar held with counsel. |
| 12:04 p.m. | Court resumes. Jurors excused by the Judge. Replacement jurors called by the Courtroom Deputy. |
| 12:07 p.m. | The Judge informs everyone that she would like to take lunch recess at this time. Brief admonition issued to the potential jurors. |
| 12:09 p.m. | Court recessed for lunch break. |
| 1:30 p.m. | Court resumes. Voir dire continues. |
| 1:34 p.m. | Potential juror excused for cause. Replacement juror called by the Courtroom Deputy. |

| | |
|---|---|
| 1:42 p.m. | Side bar held with potential juror. |
| 1:45 p.m. | Court resumes. Side bar held with another potential juror. |
| 1:47 p.m. | Court resumes. Juror excused and a replacement juror called by the Courtroom Deputy. Voir dire continues. |
| 1:50 p.m. | Side bar held with a potential juror. |
| 1:56 p.m. | Court resumes. Voir dire continues. |
| 2:00 p.m. | Side bar held with counsel. |
| 2:03 p.m. | Court resumes. Voir dire continues. |
| 2:05 p.m. | Peremptory Challenge round 3. |
| 2:10 p.m. | Juror excused by the Judge. Replacement juror called. |
| 2:12 p.m. | Voir dire continues. |
| 2:17 p.m. | Side bar held with counsel. |
| 2:18 p.m. | Court resumes. Peremptory Challenge Round 4. |
| 2:20 p.m. | Jurors excused and replacement jurors are called by the Courtroom Deputy. Voir dire continues. |
| 2:30 p.m. | Side bar held with counsel. |
| 2:31 p.m. | Court resumes. Voir dire continues. |
| 2:33 p.m. | Peremptory Challenge Round 5. |
| 2:35 p.m. | Jurors excused and replacement jurors are called by the Courtroom Deputy. Voir dire continues. |
| 2:40 p.m. | Side bar held with potential juror. |
| 2:43 p.m. | Court resumes. Juror excused and a replacement juror is called by the Courtroom Deputy. Voir dire continues. |
| 2:47 p.m. | Side bar held with a potential juror. |
| 2:52 p.m. | Court resumes. Voir dire continues. |

| | |
|---|---|
| 2:55 p.m. | Side bar held with counsel. |
| 2:56 p.m. | Court resumes. Peremptory challenge Road 6. |
| 2:59 p.m. | Jurors excused and replacement jurors are called by the Courtroom Deputy. Voir dire continues. |
| 3:04 p.m. | Side bar held with a potential juror. |
| 3:11 p.m. | Court resumes. Voir dire continues. |
| 3:13 p.m. | Side bar held with counsel. |
| 3:14 p.m. | Court resumes. Jurors called forward for consideration in the alternate round. |
| 3:16 p.m. | Jurors called for consideration of the alternate excused by the Judge. Replacement jurors called by the Courtroom Deputy. |
| 3:18 p.m. | Voir dire continues. |
| 3:21 p.m. | Side bar held with a potential juror. |
| 3:24 p.m. | Court resumes. Juror called for consideration of the alternate excused by the Judge. Replacement juror called by the Courtroom Deputy. |
| 3:25 p.m. | Voir dire continues. |
| 3:28 p.m. | Side bar held with a potential juror. |
| 3:33 p.m. | Court resumes. Juror called for consideration of the alternate excused by the Judge. |
| 3:35 p.m. | Judge wishes to take afternoon break at this time. Brief admonition issued to the jury. |
| 3:36 p.m. | Court recessed for afternoon break. |
| 3:47 p.m. | Court resumes. Replacement juror called by the Courtroom Deputy. Voir dire continues. |
| 3:52 p.m. | Side bar held with counsel. |
| 3:53 p.m. | Court resumes. Peremptory Challenge final round. |
| 3:55 p.m. | Jurors excused, the other 2 asked to take their seats in the jury box. **JURY EMPANELED.** All remaining potential jurors excused by the Judge. |
| 3:56 p.m. | Jury sworn in by the Courtroom Deputy. Opening instructions given by the Judge to the jury. |

| | |
|---|---|
| 4:19 p.m. | Opening statement by Christyne Martens for the Government. |
| 4:26 p.m. | Opening statement by Alex Freeburg for the Defense. |
| 4:39 p.m. | Government Exhibit 1001 admitted by the Court. |
| 4:40 p.m. | **Government calls Agent Jacob Olson.**  Sworn in by the Courtroom Deputy.  Direct examination of Agent Olson by Christyne Martens for the Government. |
| 5:01 p.m. | Judge informs everyone that she wishes to take evening break at this time.  Brief admonition issued to the jury. |
| 5:02 p.m. | Jury excused. |
| 5:03 p.m. | Court recessed until tomorrow (5/11/2021) at 8:30 a.m. |