FILED

4:43 pm, 5/12/21

**Margaret Botkins**
**Clerk of Court**

# United States District Court
For The District of Wyoming

## Nancy D. Freudenthal, United States District Judge

| | |
|---|---|
| Abby Logan, Courtroom Deputy | May 12, 2021 |
| Jan Davis, Court Reporter | Cheyenne, WY |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Christyne Martens/Nicole Romine |
| vs. | Case No: 20-CR-45-F |
| CODY DONOVAN SMITH | Defendant's Attorney: |
| Defendant. | Alex Freeburg/Jeremy Hugus |

**COURTROOM MINUTES**
**JURY TRIAL DAY 3**

| | |
|---|---|
| 8:38 a.m. | Court resumes. Jury brought in. |
| 8:41 a.m. | **Government calls Hannah Egbert.** Direct examination of Hannah Egbert by Christyne Martens for the Government. Government Exhibit 1002 admitted by the Court. |
| 8:53 a.m. | Cross examination of Hannah Egbert by Alex Freeburg for the Defense. |
| 9:05 a.m. | No re-direct of Hannah Egbert. Hannah Egbert excused from the witness stand. **Government calls Elna Perkins.** |
| 9:07 a.m. | Sworn in by the Courtroom Deputy. Direct examination of Elna Perkins by Christyne Martens for the Government. Government Exhibit 300 admitted by the Court. |
| 9:31 a.m. | Cross examination of Elna Perkins by Alex Freeburg for the Defense. |
| 9:42 a.m. | Re-direct examination by Christyne Martens for the Government. |

| | |
|---|---|
| 9:46 a.m. | Elna Parkins excused from the witness stand. **Government calls Sgt. Keith Milks.** |
| 9:48 a.m. | Sworn in by the Courtroom Deputy. Direct examination of Sgt. Milks by Nicole Romine for the Government. |
| 9:53 a.m. | No cross examination by Alex Freeburg for the Defense. Sgt. Milks excused from the witness stand. **Government calls Timothy Orr.** |
| 9:55 a.m. | Sworn in by the Courtroom Deputy. Direct examination of Timothy Orr by Nicole Romine for the Government. |
| 10:04 a.m. | The Judge informs everyone that she wishes to take morning break at this time. Brief admonition issued to the jury. |
| 10:05 a.m. | Jury excused. Court recessed for morning break. |
| 10:25 a.m. | Court resumes. Direct examination continues. Government Exhibits 613, 614, 615, 616, 617, 618, 619, 620 admitted by the Court. |
| 10:37 a.m. | Cross examination by Alex Freeburg for the Defense. |
| 10:40 a.m. | No re-direct examination by the Government. Timothy Orr excused from the witness stand. **Government calls Kimberly Ley.** |
| 10:41 a.m. | Sworn in by the Courtroom Deputy. Direct examination of Kimberly Ley by Nicole Romine for the Government. |
| 11:02 a.m. | Cross examination of Kimberly Ley by Alex Freeburg for the Defense. |
| 11:03 a.m. | No re-direct examination by the Government. Kimberly Ley excused from the witness stand. **Government calls Dyanne Carpenter.** |
| 11:04 a.m. | Sworn in by the Courtroom Deputy. Direct examination of Dyanne Carpenter by Nicole Romine for the Government. |
| 11:19 a.m. | Cross examination by Alex Freeburg for the Defense. |
| 11:20 a.m. | No re-direct examination for the Government. Dyanne Carpenter excused from the witness stand. **Government calls Karson Ceglia-Chambrot**. |
| 11:21 a.m. | Sworn in by the Courtroom Deputy. Side bar requested by Jeremy Hugus. |
| 11:23 a.m. | Court resumes. Direct examination of Karson Ceglia-Chambrot by Christyne Martens for the Government. |

| | |
|---|---|
| 11:26 a.m. | Side bar requested by Christyne Martens. |
| 11:27 a.m. | Court resumes. Direct examination continues. |
| 11:37 a.m. | Cross examination by Alex Freeburg for the Defense. |
| 11:41 a.m. | Side bar held with counsel. |
| 11:45 a.m. | Court resumes. Cross examination continues. |
| 11:48 a.m. | Re-direct from the Government. |
| 11:49 a.m. | Karson Ceglia excused from the witness stand. Government informs the Court that they are running early in their case presentation and request a long lunch break to accommodate witness arrival. |
| 11:51 a.m. | Brief admonition issued to the jury. Jury excused. |
| 11:53 a.m. | Court recessed for lunch break. |
| 2:00 p.m. | Court resumes. Jury brought in. |
| 2:03 p.m. | **Government calls Tori Guarino.** Sworn in by the Courtroom Deputy. Direct examination of Tori Guarino by Christyne Martens for the Government. |
| 2:13 p.m. | Side bar held with counsel. |
| 2:20 p.m. | Court resumes. Direct examination continues. |
| 2:28 p.m. | No re-direct from the Government. Tori Guarino excused from the witness stand. The Government informs the Court that there next witness has not yet arrived and requests a break at this time to allow for their arrival. |
| 2:29 p.m. | The Judge issues a brief admonition to the jury. Jury excused. |
| 2:31 p.m. | Court recessed for afternoon break. |
| 3:26 p.m. | Court resumes. Jury brought in. |
| 3:28 p.m. | **Government calls Laura Albertorio Vazquez**. |
| 3:29 p.m. | Sworn in by the Courtroom Deputy. Direct examination of Laura Vazquez by Christyne Martens for the Government. |
| 3:38 p.m. | Cross examination of Laura Vazquez by Jeremy Hugus for the Defense. |

| | |
|---|---|
| 3:48 p.m.. | Re-direct examination by the Government. |
| 3:53 p.m. | Laura Vazquez excused from the witness stand.  **Government rests.** |
| 3:54 p.m. | The Judge addresses the jury with regards to the fact that the defense plans to put on a case in chief tomorrow so court will be recessing today as there are no more witnesses available today.  Brief admonition issued to the jury. |
| 3:56 p.m. | Jury excused.  Matters discussed with counsel outside the presence of the jury. |
| 4:18 p.m. | Defense Rule 29 Motion for acquittal. |
| 4:22 p.m. | Government response. |
| 4:29 p.m. | Rule 29 Motion denied by the Court and the reasons for such put on the record. |
| 4:34 p.m. | Court recessed until tomorrow (5/13/2021) at 8:30 a.m. |